FILED - USDC -NH
2024 FEB 27 AM 9:39

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephanie Kelly
Plaintiff(s)

v.

Judge Kimberly Chabot
Chief of Manchester Police Dept - Allen Aldenberg
NH Attorney General - John Formella
Defendant(s)

Case No. 23 CV 527-LM-TSM

MOTION TO/FOR: expedite summons
(enter title of motion)

Would like summonses to be expedited because Judge Chabot is trying to enforce payment order & hold me in contempt for not paying $650 in lost wages for hearings attended for stalking orders initiated by myself & the other party who filed a retaliatory order against me. We attended no more than 3 hours of hearings between my & her stalking orders yet I'm expected to pay 40 hours in lost wages or face imprisonment while sleeping in my car barely able to afford adequate food. Judge Chabot denies motions to reconsider & I'd like her to be restrained from enforcing the payment order.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: February 27, 2024

Signature: [signed]

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

Just requesting summons from claim filed 11/29/23 to be expedited. Cannot access pacer e filing.

USDCNH-101 (Rev. 12/1/21)

Page 1 of 2

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature: *[signed]*
Name: Stephanie Kelly  2/27/24
Address: 2 Pheasant Ln, Manchester NH 03109

Phone:
Email:

USDCNH-101 (Rev. 12/1/21)