FILED - USDC -NH
2024 MAY 16 AM10:33

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEPHANIE KELLY, )<br> )<br>      Plaintiff )<br>v. )<br> )<br>NH Attorney General, et al. )<br> )<br>      Defendants. ) | Civil No. 1:23-cv-527-LM-TSM |

## MOTION FOR EXTENSION OF TIME

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Plaintiff appears *pro se*.

2. Pleadings filed by *pro se* litigants shall be so construed as to do substantial justice. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

3. Plaintiff is presently dealing with a family medical emergency.

4. When Plaintiff attempted to use the CM/ECF system, it said "There are no cases in which you are allowed to file."

5. Plaintiff respectfully requests that the Court allow, as necessary, late entry for her request for an extension.

6. Plaintiff requires more time to file any substantive response to the Magistrate's Report and Recommendations.

7. Plaintiff therefore respectfully requests a 30-day extension of time up to and including Monday June 10, 2024.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Provide a 30-day extension of time up to and including Monday June 10, 2024 to file any substantive responsive pleading to the Magistrate's Report and Recommendations; and,

B) For other such relief as is just and equitable.

Respectfully submitted,

/s/ Stephanie Kelly

STEPHANIE KELLY
*Pro Se*
2 Pheasant Lane
Manchester, NH 03109
(603) 490-3785
c11h15no2darling@gmail.com

May 14, 2024.

## Motions

**There are no cases in which you are allowed to file.**






PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

**TRACKED ■ INSURED**
**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

Expected delivery date specified for domestic use.
Domestic shipments include $100 of insurance (restrictions apply).*
USPS Tracking® service included for domestic and many international destinations.
Limited international insurance.**
When used internationally, a customs declaration form is required.
*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.




USPS.COM/PICKUP
To schedule free Package Pickup, scan the QR code.

---

US POSTAGE IMI 05794051421 0008 2000391476
$14.00
SSK
PM
05/14/24 Mailed from 03103 028W2311538

**PRIORITY MAIL®**
2.00 oz
RDC 03
C011

EXPECTED DELIVERY DAY: 05/16/24

SHIP TO:
DANIEL LYNCH
US DISTRICT COURT - NEW HAMPSHIRE
RM 110
55 PLEASANT ST
CONCORD NH 03301-3941

STEPHANIE KELLY
2 PHEASANT LN
MANCHESTER NH 03109-5927

USPS SIGNATURE® TRACKING NBR
9510 8067 1176 4135 5845 08


