# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **STEPHANIE KELLY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No. 1:23-cv-527-LM-TSM** |
| | ) | |
| **NH Attorney General, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## MOTION FOR JUDICIAL NOTICE OF RELATED STATE COURT DOCUMENTS

---

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Related state court proceedings involve Mr. Corey Rivers (C.R.) who is Plaintiff's S.K.'s former intimate partner, and Ms. Ashley Foster (A.F.), who is Mr. River's more recent intimate partner.

2. The State of New Hampshire alleges that:

    > On or about the **4th day of June 2022**, at Manchester in the County of Hillsborough, aforesaid [Corey Rivers], did commit the crime of Second Degree Assault in that Corey Rivers knowingly engaged in the strangulation of another, specifically, S.K., an intimate partner, when Rivers applied pressure to S.K.'s throat or neck with his right arm after placing her in a "choke hold" during an argument, which caused S.K. to experience impeded breathing or blood circulation, contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.

3. On November 27, 2023, Plaintiff filed her initial federal Complaint in this Court.

4. Subsequently, on January 26, 2024, the New Hampshire Supreme Court then decided in a related civil matter that **Corey Rivers was a victim** of alleged civil stalking by Stephanie Kelly.

5. <u>After</u> this NH Supreme Court order, on February 15, 2024, Mr. Rivers was then subsequently indicted for a criminal violation of <u>N.H. Rev. Stat. Ann. § 631:2, I(f)</u> ("Purposely or knowingly engag[ing] in the strangulation of another") which is a Class B Felony offense, wherein **Stephanie Kelly was a victim** of Corey Rivers.

6. Mr. River's more recent intimate partner Ashley Foster has sought to compel Plaintiff to re-imburse her more than 40 hours in lost wages for attending related state court proceedings.

7. The related state court proceedings remain ongoing, with Plaintiff recently having attended a "show cause" civil hearing on May 17, 2024 where she was asked to explain why she hasn't paid Ashley Foster.

8. Plaintiff therefore respectfully requests for this Court to take judicial notice of those related state court documents that Plaintiff has provided as an attachment to this pleading.

WHEREFORE, Plaintiff respectfully requests that this Court:

A)  To take judicial notice of the related state court documents that are provided with this motion; and,

B)  For other such relief as is just and equitable.

Respectfully submitted,

*/s/ Stephanie Kelly*

_____
STEPHANIE KELLY
    *Pro Se*
2 Pheasant Lane
Manchester, NH 03109
(603) 490-3785
c11h15no2darling@gmail.com

June 10, 2024.