# Selected New Hampshire State Court Proceedings & Documents

Selected New Hampshire State Court Proceedings & Documents...........................1

Table of Contents..............................................................................1

July 24, 2023 – Civil Hearing (Corey Rivers & Stephanie Kelly).........................3

August 10, 2023 – Civil Hearing (Corey Rivers & Stephanie Kelly)......................4

September 8, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly).................5

September 18, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly)...............6

September 28, 2023 – Civil Hearing (Corey Rivers & Stephanie Kelly)................7

September 29, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly)..............8

October 4, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly)....................9

October 20, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly).................10

October 24, 2023 – Criminal Probable Cause Statement (Corey Rivers)..............11

October 24, 2023 – Arrest Warrant (Corey Rivers).........................................14

October 24, 2023 – Notice of Intent to Seek Class A Misdemeanor Penalties (Corey Rivers)..............................................................................................15

October 24, 2023 – Criminal Complaint (Corey Rivers)..................................16

October 24, 2023 – Criminal Hearing (Corey Rivers).....................................17

October 24, 2023 – Bail Order (Corey Rivers)...............................................23

October 24, 2023 – Bail Bond (Corey Rivers)................................................25

October 24, 2023 – Criminal Bail Protective Order (Corey Rivers).....................26

October 24, 2023 – Fax Transmission (Corey Rivers)....................................30

October 24, 2023 – Notice of January 2, 2024 Criminal Hearing (Corey Rivers)...31

November 2, 2023 – Civil Hearing (Ashley Foster & Stephanie Kelly)................32

December 21, 2023 – Cover Letter (State of NH v. Corey Rivers) – Michael Racine, Esq...................................................................................................33

December 21, 2023 – Appearance (State of NH v. Corey Rivers) – Michael Racine, Esq.............................................................................34

December 21, 2023 – Motion to Continue (State of NH v. Corey Rivers)..........35

January 17, 2024 – Notice of March 14, 2024 Criminal Hearing (Corey Rivers)....37

January 18, 2024 – Trial Management Conference Form (Corey Rivers)..............38

January 26, 2024 – NH Supreme Court Civil Order (Corey Rivers & Stephanie Kelly)................................................................................................40

February 15, 2024 – Class B Felony Criminal Indictment (Corey Rivers)............42

February 26, 2024 – Notice of March 15, 2024 Arraignment (Corey Rivers).........43

March 5, 2024 – Appearance (State of NH v. Corey Rivers) – Timothy Bush, Esq..44

March 5, 2024 – Cover Letter (State of NH v. Corey Rivers) – Michael Racine, Esq. ........................................................................................................46

March 5, 2024 – Withdrawal (State of NH v. Corey Rivers) – Michael Racine, Esq........................................................................................47

March 5, 2024 – Cover Letter (State of NH v. Corey Rivers) – Timothy Bush, Esq. ........................................................................................................48

March 5, 2024 – Appearance (State of NH v. Corey Rivers) – Timothy Bush, Esq. ........................................................................................................49

March 11, 2024 – Bail Order – Class B Felony Assault (Corey Rivers).................50

March 11, 2024 – Criminal Bail Protective Order – (Corey Rivers)....................53

March 11, 2024 – Waiver of Arraignment – Class B Felony Assault (Corey Rivers)59

March 12, 2024 – Cover Letter (State of NH v. Corey Rivers)...........................63

March 12, 2024 – Motion to Continue (State of NH v. Corey Rivers)...............64

March 13, 2024 – Fax Transmission (Corey Rivers).......................................66

March 13, 2024 – Notice of May 15, 2024 Dispositional Conference (Corey Rivers)
....................................................................................................67

March 18, 2024 – Notice of May 9, 2024 Criminal Trial (Corey Rivers)..............68

April 19, 2024 – Civil Hearing (Ashley Foster & Stephanie Kelly)....................69

May 9, 2024 – Criminal Trial (Corey Rivers)...............................................70

May 9, 2024 – Criminal Agreement (Corey Rivers).......................................74

May 9, 2024 – Criminal Disposition (Corey Rivers).......................................75

May 15, 2024 – Criminal Disposition Conference (Corey Rivers)......................78

May 15, 2024 – Criminal Order (Corey Rivers)............................................86

May 15, 2024 – Notice of July 19, 2024 Criminal Mediation (Corey Rivers).........87

May 15, 2024 – Notice of August 09, 2024 Criminal Status Conference (Corey
Rivers).........................................................................................88

May 17, 2024 – Civil Hearing (Ashley Foster & Stephanie Kelly).....................89

<pre>
 1                     STATE OF NEW HAMPSHIRE

 2        9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

 3
    COREY RIVERS,                  ) District Division Case Nos.
 4                                 ) 456-2023-CV-00300
                  Plaintiff,       ) 656-2023-DV-00276
 5                                 )
           vs.                     ) Manchester, New Hampshire
 6                                 ) July 24, 2023
    STEPHANIE KELLY,               ) 9:18 a.m.
 7                                 )
                  Defendant.       )
 8   _____  )
                                   )
 9   STEPHANIE KELLY,              )
                                   )
10                Plaintiff,       )
                                   )
11         vs.                     )
                                   )
12   COREY RIVERS,                 )
                                   )
13                Defendant.       )
     _____  )
14
                      EXPEDITED FINAL HEARING
15                BEFORE THE HONORABLE POLLY HALL
           JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION
16
    APPEARANCES:
17  Pro Se Plaintiff/Defendant:   Corey Rivers
                                  (Address Unknown)
18
    Pro Se Defendant/Plaintiff:   Stephanie Kelly
19                                (Address Unknown)

20  Audio Operator:               Electronically Recorded
                                  **Not Monitored**
21
    TRANSCRIPTION COMPANY:        eScribers, LLC
22                                7227 N. 16th Street, Suite 207
                                  Phoenix, AZ 85020
23                                (800) 257-0885
                                  www.escribers.net
24
    Proceedings recorded by electronic sound recording; transcript
25  produced by court-approved transcription service.
</pre>



1

1           STATE OF NEW HAMPSHIRE

2      9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3

STEPHANIE KELLY,                ) Supreme Court Case No.
4                               ) 2023-0506
              Plaintiff,        )
5                               ) District Division Case No.
          vs.                   ) 456-2023-LT-00833
6                               )
COREY RIVERS,                   ) Manchester, New Hampshire
7                               ) August 10, 2023
              Defendant.        ) 11:10 a.m.
8  _____ )

9  COREY RIVERS,                ) Supreme Court Case No.
                                ) 2023-0506
10             Plaintiff,        )
                                ) District Division Case No.
11         vs.                   ) 456-2023-LT-00824
                                )
12 STEPHANIE KELLY,             )
                                )
13             Defendant.        )
   _____ )

14

         FINAL HEARING ON EVICTION AND 540-A PETITION
15                    BEFORE DAVID KENT
         REFEREE OF THE CIRCUIT COURT - DISTRICT DIVISION

16

17 APPEARANCES:

Pro Se Plaintiff/Cross-       Stephanie Kelly
18 Defendant:                  (Unknown Address)

19 Pro Se Defendant/Cross-     Corey Rivers
   Plaintiff:                  (Unknown Address)
20

Audio Operator:              Electronically Recorded
21                            **Not Monitored**

22 TRANSCRIPTION COMPANY:       eScribers, LLC
                                7227 N. 16th Street, Suite 207
23                              Phoenix, AZ 85020
                                (800) 257-0885
24                              www.escribers.net
   Proceedings recorded by electronic sound recording; transcript
25 produced by court-approved transcription service.



1                         STATE OF NEW HAMPSHIRE

2            9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3
     STEPHANIE KELLY,                 ) District Division Case No.
4                                     ) 456-2023-CV-00346
                    Plaintiff,        )
5                                     ) Manchester, New Hampshire
           vs.                        ) September 8, 2023
6                                     ) 1:52 p.m.
     ASHLEY FOSTER,                   )
7                                     )
                    Defendant.        )
8    _____ )

9
                    FINAL HEARING ON STALKING PETITION
10               BEFORE THE HONORABLE KIMBERLY CHABOT
            JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION
11
     APPEARANCES:
12

13    Pro Se Defendant:              Ashley Foster
                                     Confidential
14
     Audio Operator:                Electronically Recorded
15                                   **Not Monitored**

16    TRANSCRIPTION COMPANY:         eScribers, LLC
                                     7227 N. 16th Street, Suite 207
17                                   Phoenix, AZ 85020
                                     (800) 257-0885
18                                   www.escribers.net

19    Proceedings recorded by electronic sound recording; transcript
     produced by court-approved transcription service.
20

21

22

23

24

25



1

1                       STATE OF NEW HAMPSHIRE

2         9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3

   STEPHANIE KELLY,              ) District Division Case Nos.

4                             ) 456-2023-CV-00402

              Plaintiff,      ) 456-2023-CV-00424

5                           )

         vs.               ) Manchester, New Hampshire

6                           ) September 18, 2023

   ASHLEY FOSTER,               ) 8:30 a.m.

7                           )

             Defendant.      )

8                           )

   _____ )

9

10                       FINAL HEARING

            BEFORE THE HONORABLE POLLY HALL

11      JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

12   APPEARANCES:

13   Pro Se Plaintiff:         Stephanie Kelly

                          Confidential

14

   Pro Se Defendant:         Ashley Foster

15                         Confidential

16   Audio Operator:           Electronically Recorded

                          **Not Monitored**

17

   TRANSCRIPTION COMPANY:     eScribers, LLC

18                         7227 N. 16th Street, Suite 207

                         Phoenix, AZ 85020

19                         (800) 257-0885

                         www.escribers.net

20

   Proceedings recorded by electronic sound recording; transcript

21   produced by court-approved transcription service.

22

23

24

25



1

1           STATE OF NEW HAMPSHIRE

2    9TH CIRCUIT COURT - FAMILY DIVISION - MANCHESTER

3
     STEPHANIE KELLY,                ) Family Division Case No.
4                                    ) 656-2023-DV-00276
                    Plaintiff,       )
5                                    ) Manchester, New Hampshire
            vs.                      ) September 28, 2023
6                                    ) 10:59 a.m.
     COREY RIVERS,                   )
7                                    )
                    Defendant.       )
8    _____)

9
                         CONTEMPT HEARING
10            BEFORE THE HONORABLE POLLY HALL
         JUDGE OF THE CIRCUIT COURT - FAMILY DIVISION
11
     APPEARANCES:
12
     Pro Se Plaintiff:              Stephanie Kelly
13                                  Confidential

14   Pro Se Defendant:             Corey Rivers
                                   329 Reed Street
15                                 Manchester, NH 03102

16   Audio Operator:              Electronically Recorded
                                  by Electronic Recording
17
     TRANSCRIPTION COMPANY:       eScribers, LLC
18                                7227 N. 16th Street, Suite 207
                                  Phoenix, AZ 85020
19                                (800) 257-0885
                                  www.escribers.net
20
     Proceedings recorded by electronic sound recording; transcript
21   produced by court-approved transcription service.

22

23

24

25



1                          STATE OF NEW HAMPSHIRE

2              HILLSBOROUGH COUNTY SUPERIOR COURT NORTH

3
     STEPHANIE KELLY,                ) Superior Court Case No.
4                                    ) 216-2023-CV-00625
                    Petitioner,      )
5                                    ) Manchester, New Hampshire
             vs.                     ) September 29, 2023
6                                    ) 2:27 p.m.
     ASHLEY FOSTER,                  )
7                                    )
                    Respondent.      )
8    _____    )

9

10                    HEARING ON RESTRAINING ORDER
                 BEFORE THE HONORABLE ANNE M. EDWARDS
11                    JUDGE OF THE SUPERIOR COURT

12   APPEARANCES:

13   Pro Se Petitioner:           Stephanie Kelly
                                   (Address Unknown)
14
     Pro Se Respondent:           Ashley Foster
15                                 (Address Unknown)

16   Audio Operator:              Electronically Recorded
                                   by Sarah C. Pomeroy
17
     TRANSCRIPTION COMPANY:        eScribers, LLC
18                                 7227 N. 16th Street, Suite 207
                                   Phoenix, AZ 85020
19                                 (800) 257-0885
                                   www.escribers.net
20
     Proceedings recorded by electronic sound recording; transcript
21   produced by court-approved transcription service.

22

23

24

25



1

1                STATE OF NEW HAMPSHIRE

2        9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3

STEPHANIE KELLY,          ) District Division Case Nos.

4                    ) 456-2023-CV-00402

              Plaintiff,  ) 456-2023-CV-00424

5                    )

          vs.           )

6                    ) Manchester, New Hampshire

ASHLEY FOSTER,          ) October 4, 2023

7                    ) 2:19 p.m.

            Defendant.  )

8                    )

_____ )

9

10                   MOTION HEARING

         BEFORE THE HONORABLE KIMBERLY CHABOT

11      JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

12  APPEARANCES:

13  Pro Se Plaintiff:        Stephanie Kelly

                         Confidential

14

  Pro Se Defendant:        Ashley Foster

15                     Confidential

16  Audio Operator:          Electronically Recorded

                         **Not Monitored**

17

  TRANSCRIPTION COMPANY:     eScribers, LLC

18                         7227 N. 16th Street, Suite 207

                         Phoenix, AZ 85020

19                      (800) 257-0885

                         www.escribers.net

20

  Proceedings recorded by electronic sound recording; transcript

21  produced by court-approved transcription service.

22

23

24

25



1                    STATE OF NEW HAMPSHIRE

2          9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3
    ASHLEY FOSTER,                ) District Division Case No.
4                                 ) 456-2023-CV-00445
                   Plaintiff,     )
5                                 ) Manchester, New Hampshire
            vs.                   ) October 20, 2023
6                                 ) 10:30 a.m.
    STEPHANIE KELLY,              )
7                                 )
                   Defendant.     )
8   _____)

9
                           FINAL HEARING
10              BEFORE THE HONORABLE POLLY HALL
          JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION
11
    APPEARANCES:
12
    Pro Se Plaintiff:            Ashley Foster
13                               (Address Unknown)

14  For the Defendant:           No Appearance

15
    Audio Operator:             Electronically Recorded
16                              **Not Monitored**

17  TRANSCRIPTION COMPANY:      eScribers, LLC
                                7227 N. 16th Street, Suite 207
18                              Phoenix, AZ 85020
                                (800) 257-0885
19                              www.escribers.net

20  Proceedings recorded by electronic sound recording; transcript
    produced by court-approved transcription service.
21

22

23

24

25



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### https://www.courts.nh.gov


RECEIVED

OCT 2 4 2023

Manchester District Division

## PROBABLE CAUSE STATEMENT FOR ARREST WARRANT

I, **Detective Harrington** _____ declare under penalty of perjury:
   (Name of officer)

1. I am employed by and my current assignment and experience is:

   **I am a Police Officer for the city of Manchester, NH and have been so since March of 2017. I graduated from the New Hampshire Police Standards and Training Class 173 in August of 2017. I currently hold the title of Detective, and have so since April, 2023. Prior to this, I held the title of Patrolman and had so since March of 2017. My duties and responsibilities as a Detective include responding to calls for service, initial on scene investigation, as well as follow-up investigation of crimes that occur in the city of Manchester. I have conducted investigations of assaults, thefts, burglaries, sexual assaults and other crimes. I am currently assigned as a Detective in the Domestic and Sexual Violence Unit. I have received training from the Manchester Police Department in-house training academy and the New Hampshire Police Standards and Training Council full-time police academy.**

   (Describe position, assignment, office, etc.)

2. I have information, based upon (Describe source, facts indicating reliability and credibility of source and nature of information. If based on personal knowledge, so state).

   **The information set forth below is information known to me personally through my own investigation and through my communications with other Manchester Police Officers. Additionally, I reviewed police reports prepared by Manchester Police Officers detailing their involvement in this investigation. This affidavit does not contain every fact known to me or other investigators. Rather, it contains material information relevant to determining whether there is probable cause to believe that the crime of RSA: 173-B:9 Violation of a Protective Order has occurred.**

   ☐ See additional page(s) for more information

For these reasons I ask the Court to issue an arrest warrant for
Name **Corey Rivers** _____     DOB: ████/**1988** _____

For the following crimes:
RSA: **173-B:9** _____ | Descriptor: **Violation of a Protective Order** _____
RSA: _____ | Descriptor: _____
RSA: _____ | Descriptor: _____
RSA: _____ | Descriptor: _____
RSA: _____ | Descriptor: _____

**10/13/2023** _____     *N. Harrington* _____
Date                                      Signature of Officer

                                          **Detective Harrington** _____
                                          Name of Officer

*Signed under the penalty of perjury, the penalty for which may include a fine or imprisonment or both.*

NHJB-2330-DS (11/01/2021)

**PROBABLE CAUSE STATEMENT FOR ARREST WARRANT**

Additional space for source description, facts indicating reliability and credibility of source and nature of information.

I, Detective Harrington am currently assigned to the Manchester Police Department Domestic Violence Unit. I have been assigned Manchester Police Department case number 23-014331 reference to a violation of protective order. After reviewing the initial report and court paperwork, I became aware of the following information.

On July 24, 2023 a Circuit Court Domestic Violence Final Order of Protection was put in place through the 9th Circuit - Family Division- Manchester. This was so ordered on 07-24-2023 and in effect until 07-23-2024, with Corey Rivers DOB ████-1988 being the defendant. These conditions prohibit Corey Rivers from having contact with the protected party, SK DOB ████-1988. These conditions were in effect at the time of this incident.

Paragraph #2 in said order states the following; the defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within 300 feet of the plaintiff.

On 09/29/23 Officer Martens his partner Officer Whiteman were in full uniform and on patrol in a marked Manchester Police cruiser. At approximately 1906 hours, they responded to the MPD Lobby to meet with Victim SK DOB: ████/1988 who was reporting a DVP violation. SK stated that at approximately 1430 hours she was attending a court hearing at Hillsborough County Superior Court (North) for a protective order she was taking out against AF DOB: ████/92 who is the current girlfriend of her ex-boyfriend she identified as OFFENDER Corey Rivers DOB ████-1988.

SK stated that she was addressing the Judge when Corey Rivers came into the court room behind her and sat in the back left portion of the court room. SK stated that Rivers was wearing a blue and white plaid shirt. SK stated that she did not recognize him at first because she thought he would not violate the DVP at a court house but later found that it was indeed him. SK stated she waited until after the hearing to tell the court officers that Rivers was not supposed to be there. SK advised the court officers said they were not aware of Rivers making arrangements to be in the building with her, and that when the called down to the lobby they were unable to stop him because he was getting into the car and leaving.

Officers Martens and Whiteman then traveled to 329 Reed Street and spoke with Rivers and AF. Rivers openly acknowledged that he was in the court room and stated that he was there to support AF during the hearing. Corey Rivers advised that there had been ongoing court appearances involving AF, SK and himself while protective orders have been in place, and there had been no issues in the past. Rivers stated that he had spoken with court officers at the front door and made them aware of his presence and that he and SK had protection orders against each other. Rivers stated the court officer then told him he was ok to go up to court room 3 where the hearing was being held.

While speaking to AF, she advised that after the hearing a court officer escorted herself and Rivers out of the court to assure that they remained separate from SK.

Due to these conflicting accounts of what transpired, as well as HCSCN being closed and unable to contact the court officers on scene during the time, no further action was taken.

I (Det. Harrington) have been assigned this case in order to follow up. I have since been able to make contact with HCSCN Chief of Court Security, Deputy Peter Albert. I explained to Deputy Albert the facts

RECEIVED

OCT 2 4 2023

Manchester District Division

**PROBABLE CAUSE STATEMENT FOR ARREST WARRANT**

Additional space for source description, facts indicating reliability and credibility of source and nature of information.

and circumstances surrounding this case. I advised to Deputy Albert that I would like to know if Corey Rivers informed court security about the active DVP, and if steps were taken to allow Rivers to enter the courtroom during the hearing. Deputy Albert advised he would speak to his court officers working during that time.

Deputy Albert informed me shortly afterward that he spoke to his court officers working during this time, and none of them had reported speaking to Corey Rivers at all during his time entering and being at HCSCN during the hearing between SK and AF. This is contrary to what Corey Rivers reported to Officers Whiteman and Martens when they initially spoke to him about this incident.

It should be noted that SK DVP is active, with Corey Rivers being the defendant. Corey Rivers also has an active DVP against SK. I have reviewed both sets of active DVP's and have found no language in either final order reviewed that would allow for Corey Rivers to enter the courthouse to attend the restraining order hearing between SK and AF.

Based upon the above facts and circumstances, I believe probable cause exists that Corey Rivers did commit the crime of 173-B:9 Violation of a Protective Order After being served with a Manchester District Court Domestic Violence Final Order of Protection on July 24, 2023 , which prohibit contact with his ex girlfriend SK DOB ███-1988, which were active conditions at the time of occurrence, did knowingly engage in contact when he attended a court hearing, and remained in the same courtroom as SK, who was attempting to obtain a restraining order against his current girlfriend.

RECEIVED

OCT 2 4 2023

Manchester District Division

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### https://www.courts.nh.gov

RECEIVED

oc 2 4 2023

Manchester District Division

Court Name: **9th Circuit - District Division - Manchester**     Agency Case Number: **23-014331**

## ARREST WARRANT

To the sheriff of his deputies of any county in this state, or any police officer state or federal, within the state:

**Detective Harrington** _____ has established under oath that

probable cause exists and an arrest warrant shall issue against the defendant,

**Corey Rivers** _____ , D.O.B. ▮▮/1988 _____ ,

In the county of **Hillsborough** _____ for one count of

**See Below** _____ contrary to the New Hampshire

| RSA: **173-B:9** | Descriptor: **Violation of a Protective Order** |
| RSA: _____ | Descriptor: _____ |
| RSA: _____ | Descriptor: _____ |
| RSA: _____ | Descriptor: _____ |
| RSA: _____ | Descriptor: _____ |

We command you to take him/her, if found to be in your jurisdiction, and bring him/her before the

**9th Circuit - District Division - Manchester**     Court.

Date  | October 18, 2023 |

Signature of Judge / Justice of the Peace

| David J. Burns, Circuit Court Judge |

Name of Judge / Justice of the Peace

## RETURN

STATE OF NEW HAMPSHIRE          COUNTY OF ___HILLSBOROUGH___

I have arrested the Defendant and now have him/her before the court as commanded.

_10/23/2023_
Date

Signature of Officer

ALBERT TIEN   MANCHESTER PD
Name of Officer/Department

NHJB-2330-DS (11/01/2021)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name:   9th Circuit - District Division - Manchester

Case Name:    State V. RIVERS, COREY ████/1988

Case Number:

MPD Case Number: 23-014331

## NOTICE OF INTENT TO SEEK
## CLASS A MISDEMEANOR PENALTIES

Notice is hereby given that that the State, pursuant to RSA 625:9, IV(c)(2), intends to seek class A misdemeanor penalties against the above named Defendant upon a conviction for the offenses listed below:

173-B9..MA00492 Violation of Protective Order

Penalties requiring the charging offense to be classified as a Class A misdemeanor include the following:

1.   Imprisonment for any period, whether imposed, suspended or deferred;
2.   A fine higher than $1200 for any single offense
3.   Probation; and,
4.   Home Confinement for any period

RECEIVED
OCT 24 2023
Manchester District Division

10/19/2023
_____          _____
Date                                                For the State

I hereby certify that a copy of the within Notice of Intent to Seek Class A Misdemeanor Penalties has been, or will be, provided to the Defendant / Counsel for the Defendant at or before the defendant's arraignment.

10/19/2023
_____          _____
Date                                                For the State

Page 1 of 1

# The State of New Hampshire
## COMPLAINT

Case Number 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

Charge ID: 2142273c

MPD Case # 23-014331

| ☐ VIOLATION | MISDEMEANOR ☒ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED (non-person) |
| | FELONY ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: 9th Circuit Court - District Division - Manchester
address: 35 Amherst St, Manchester 03101
in: HILLSBOROUGH County
at: 08:15
on: 10\24\2023

RECEIVED

OCT 24 2023

Manchester District Division

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT:

| RIVERS | COREY | |
| Last Name | First Name | Middle Initial |

| 329 REED ST | Manchester | New Hampshire | 03102 |
| Address | City | State | Zip |

| M | W | 5'09" | 185 | BRO | BRO |
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| ▮▮/1988 | NHL16162140 | NH |
| DOB | License #: | OP License State |

☐ COMM. VEH.    ☐ COMM. DR. LIC.    ☐ HAZ. MAT.    ☐ 16+ PASSENGER

AT 300 Chestnut St, Manchester, NH 03101

☐On or about  ☐Between 09/29/2023 14:30:00 -          in the above county and state, did commit the offense of:

RSA Name:        173-B:9        Violation of Protective Order

Contrary to RSA:    173-B:9

Inchoate:

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:
After being served with a Manchester District Court Domestic Violence Final Order of Protection on July 24, 2023
, which prohibit contact with his ex girlfriend SK DOB ▮▮▮-1988, which were active conditions at the time of occurrence, did knowingly engage in contact when he attended a court hearing, and remained in the same courtroom as SK, who was attempting to obtain a restraining order against his current girlfriend.

☐    Additional allegations are attached.
against the peace and dignity of the state.

| (signature) | Chief Allen Aldenberg | Manchester PD |
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

| 10/24/2023 | R /FR | Flanagan, Peter 100382  My Commission Expires: |
| Date | | |

1                    STATE OF NEW HAMPSHIRE

2        9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3

STATE OF NEW HAMPSHIRE,        ) District Division Case No.
4                               ) 456-2023-CR-02799
                Complainant,    )
5                               ) Manchester, New Hampshire
          vs.                   ) October 24, 2023
6                               ) 9:00 a.m.
COREY RIVERS,                   )
7                               )
                Defendant.      )
8   _____ )

9

10              VIDEO ARRAIGNMENT/BAIL HEARING
            BEFORE THE HONORABLE KIMBERLY CHABOT
11       JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

APPEARANCES:
12
For the State:                 Officer Konrad Jaworoski
13                             MANCHESTER POLICE DEPARTMENT
                               405 Valley Street
14                             Manchester, NH 03103

15  Pro Se Defendant:          Corey Rivers
                               (Address Unknown)
16
Audio Operator:                Electronically Recorded
17                             **Not Monitored**

18  TRANSCRIPTION COMPANY:     eScribers, LLC
                               7227 N. 16th Street, Suite 207
19                             Phoenix, AZ 85020
                               (800) 257-0885
20                             www.escribers.net

21  Proceedings recorded by electronic sound recording; transcript
    produced by court-approved transcription service.
22

23

24

25



1          (Proceedings commence at 9:00 a.m.)

2               THE COURT:  Be seated, thank you.

3               THE CLERK:  I told the jail to connect.  It looks

4     like they're online.

5               MR. JAWOROSKI:  Good morning, Judge.

6               UNIDENTIFIED SPEAKER:  Good morning, can you hear

7     me?

8               THE COURT:  Yes, I can.  Just can't see you.

9               UNIDENTIFIED SPEAKER:  What about now?

10              THE COURT:  Better.

11              UNIDENTIFIED SPEAKER:  All right.

12              THE COURT:  Thank you.

13              UNIDENTIFIED SPEAKER:  All right.  I have Mr. Rivers

14    for you.

15              THE COURT:  Thank you very much.

16              MR. RIVERS:  Good morning.

17              THE COURT:  Good morning, Mr. Rivers.  My name is

18    Judge Chabot.  I believe we have met before.  This is case

19    number 456-2023-CR-2799.  And you are before the Court for

20    arraignment today in this matter on a Class A misdemeanor, the

21    violation of protective order.  A Class A misdemeanor does

22    carry with it the potential for jail time.  That's what

23    entitles you to apply for court-appointed attorney if you'd

24    like to apply for one if you can't afford to hire one

25    yourself.  You don't have to make that decision right now; I

1  just wanted to let you know that so you can decide however you

2  wish to proceed.  Okay?  All right.

3          MR. RIVERS:  Yes.

4          THE COURT:  But don't wait too long.  Your next

5  court date is going to be January 2nd of 2024 in the afternoon

6  at 1:15.  So that's the trial date, okay.  But again, you

7  don't have to make that decision today.  You can consider your

8  options.

9          All right.  So the complaint states that at

10 approximately 2:30 on September 29th of 2023, while at 300

11 Chestnut Street in Manchester, that you did, after being

12 served with a Manchester District Court domestic violence

13 final order of protection in July of 2023, which prohibited

14 you from having any contact with your ex-girlfriend, S.K. --

15 there was conditions being active at the time of this

16 occurrence -- that you did knowingly engage in contact when

17 you attended a court hearing and remained in the same

18 courtroom as S.K. who was attempting to obtain a restraining

19 order against Ms. Foster (phonetic).

20          Shall I enter a plea of not guilty for you?

21          MR. RIVERS:  Yes, ma'am.

22          THE COURT:  Okay.  Ofc. Jaworoski, what is the

23 State's recommendation as to bail?

24          MR. JAWOROSKI:  Good morning.  We're asking for

25 1,000 dollar unsecured appearance bond.  Essentially a PR

1    bail.  Aside from the standard conditions, shall have no

2    contact, direct or indirect or through a third party, with

3    Stephanie Kelly (phonetic).  Shall not come within 300 feet

4    wherever she may be.  Shall not possess a firearm, destructive

5    device, dangerous weapon, or ammunition.  Shall refrain from

6    any use of alcohol, narcotic drug, or controlled substance.

7    Follow the criminal bail protection order issued on today's

8    date.  Shall not go to nor enter nor visit the residence of

9    Stephanie Kelly, wherever that may be.

10              THE COURT:  Okay.  Thank you.

11              All right.  Do you understand the prosecutor's

12   recommendation?

13              MR. RIVERS:  Yes, ma'am.

14              THE COURT:  There's a particular nuance with that.

15   So you don't have to post 1,000 dollars to be released.  The

16   nuance with that is if you do not abide by your bail

17   conditions or you don't appear, that is exactly what your bail

18   is going to be on a bench warrant.  Do you understand?

19              MR. RIVERS:  I do.

20              THE COURT:  Okay.  Any questions about the

21   conditions that are imposed?  They are very consistent -- for

22   the most part, the criminal bail order of protection is very

23   consistent with what is in the existing domestic violence

24   final order of protection.  So you can't have any contact with

25   Ms. Kelly.  You can't go within 300 feet of wherever she may

5

1  be.

2         I recognize the circumstances behind this.  I would

3  encourage you to talk to your attorney about the circumstances

4  in terms of your attending that particular court hearing.

5         Shall refrain from possessing a firearm, destructive

6  device, dangerous weapon, or ammunition.  You shall refrain

7  from any -- any use of alcohol or controlled substance for

8  which you do not have a prescription.  And the additional

9  conditions that you shall not use, attempt to use, or threaten

10 to use physical force against Ms. Kelly, and you are

11 restrained from harassing, stalking, abusing, or threatening

12 to abuse her, her household members, and her relatives,

13 regardless of their residence.

14         Any questions?

15         MR. RIVERS:  No, ma'am.

16         THE COURT:  Okay.  All right.  So your next court

17 date is January 2nd, and you will receive that paperwork at

18 the House of Corrections before you are released today.  Okay?

19         MR. RIVERS:  All right, thank you.

20         THE COURT:  All right.  Then we're all set.  Thanks.

21         MR. RIVERS:  Thank you.

22    (Proceedings concluded at 9:05 a.m.)

23

24

25



<u>CERTIFICATE</u>

I, TreLinda Wilson, a court-approved proofreader, do hereby

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter, to the best of my professional skills

and abilities.

# TreLinda Wilson

Digitally signed by TreLinda Wilson
Date: 2023.11.02 08:10:18 -05'00'

TRELINDA WILSON, CDLT-148                  November 2, 2023
Transcriptionist/Proofreader

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
https://www.courts.nh.gov

Court Name: **9th Circuit - District Division - Manchester**

Case Name: **State v. Corey Rivers**

Case Number: _456-2023-CR-2799_
(if known)

## CIRCUIT COURT BAIL ORDER

Police Dept. <u>Manchester</u>                    Agency Case Number: <u>23-14331</u>

| Date of Offense | Offense | Misd. A | Misd. B | Other |
|---|---|:---:|:---:|:---:|
| 09/29/2023 | Violation of Protective Order; 173-B:9 | ☑ | ☐ | ☐ |
|  |  | ☐ | ☐ | ☐ |
|  |  | ☐ | ☐ | ☐ |
|  |  | ☐ | ☐ | ☐ |
|  |  | ☐ | ☐ | ☐ |
|  |  | ☐ | ☐ | ☐ |

It is hereby ordered, pending ☐ arraignment   ☒ trial   ☐ other hearing or event
on _January 2, 2024_ at _1:15_ ☐ AM ☒ PM , that the defendant:

☐ Be released on personal recognizance.

☑ Be released on an unsecured appearance bond in the amount of $ _1,000.00_

☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

☐ Be released on $ _____ cash or corporate surety bail. The Court finds that this financial condition will not be the cause for continued detention.

☐ Be released on $ _____ cash or corporate surety bail based upon *clear and convincing evidence* that no reasonable alternative or combination of conditions will:
    ☐ Reasonably assure the appearance of the defendant; and/or

    ☐ Reasonably assure that the defendant will not commit an offense while on release.

☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on *clear and convincing evidence* that the defendant's release will endanger the safety of defendant or the public.

The Court's determination as to release or detention is based on the consideration of all relevant factors, including all factors bearing on the defendant's ability to post bail, as well as the following:

_____

_____

_____

_____

Case Name: **State v. Corey Rivers**
Case Number: _____ U80- 2023- CM-7399
**CIRCUIT COURT BAIL ORDER**

**Upon release, Defendant is subject to the following conditions:**
Defendant shall not commit a federal, state or local crime, must appear at all court proceedings as ordered and must advise the court in writing of all changes of address within 24 hours.

1. ☑ Shall have no contact, direct or indirect, or through a third party with **Stephanie Kelly 8/7/88** and shall not come within **300** feet of where that person(s) may be.

2. ☐ Shall not be at the following address/location: _____

3. ☐ Shall live at: _____

4. ☐ Shall not travel outside of New Hampshire.

5. ☑ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.

6. ☑ Shall refrain from ~~excessive~~ ANY use of alcohol, and use of any narcotic drug or controlled substance as defined in RSA 318-B.

7. ☐ Shall not drive until defendant's license or privilege is restored by the director of the division of motor vehicles.

8. ☐ Shall follow all terms and conditions of probation and/or parole.

9. ☐ Shall sign a waiver of extradition before being released on bail.

10. ☑ The Criminal Bail Protective Order issued on **10/24/2023** remains in full force and effect.

11. ☑ Other:
    Shall not go to, nor visit, nor enter the residence of Stephanie Kelly wherever that maybe

**Defendant Information:**
Name: **Corey Rivers** _____ DOB: ▮/1988
Physical address: **329 Reed St Manchester, NH**
Mailing address (if different): _____
Cell phone #: **(603) 247-4152** Alt. phone #: _____ E-mail: _____
☐ Defendant received a copy of "What You Need to Know."

_____ Defendant Signature

**Please contact the Information Center with any questions at 1-855-212-1234.**

**So Ordered:**

_____
Date

**$40 Bail commissioner fee:**
☐ paid ☐ payment arrangement made ☐ unpaid
☐ Approved ☐ Approved as modified
OCT 2 4 2023
_____
Date

_____
Signature of Bail Commissioner
_____
Name of Bail Commissioner
☐ See Supplemental Bail Order
_____
Signature of Judge   KIMBERLY A. CHABOT
_____
Name of Judge

☐ County Attorney/AGs Office   ☐ Sheriff's Department   ☐ Defendant
☐ Defense Counsel   ☐ NH Department of Corrections   ☐ Surety
☐ House of Corrections   ☐ Other _____

NHJB-2369-D (04/15/2023)                 Page 2 of 2

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: **9th Circuit - District Division - Manchester**

Case Name: **State v. Corey Rivers**

Case Number: __456-2023-CM-2799__
(if known)

## BAIL BOND

Agency Case Number: **23-14331**

Police Department: **Manchester Police**

Date of Offense: **09/29/2023**

☐ **CASH BAIL / CORPORATE SURETY BAIL BOND in the amount $** _____
secures defendant's compliance with the Bond Conditions below.

☑ **UNSECURED APPEARANCE BOND The defendant agrees s/he is indebted to the State of
New Hampshire in the amount of $ 1,000.00** _____ **to secure defendant's compliance
with the Bond Conditions below.**

## BOND CONDITIONS

1. The defendant shall appear in court for arraignment and all other hearings.

2. The defendant shall notify the court of any change of address.

3. The defendant shall comply with all conditions set in the bail order dated **10/24/2023**

4. Other: _____

If the defendant complies with the Bond Conditions, this obligation shall be null and void on
final disposition of this charge.

If the defendant does not comply with any of the Bond Conditions, cash bail shall be forfeited to
the State and execution may issue against the defendant for the Unsecured Appearance Bond
and against the corporate surety or surety. In addition, the court may order the arrest of the
defendant.

**Surety Information**

_____
Name

_____
Signature of Surety

_____
Address

_____
Email address

_____ ☐Cell ☐Work ☐Home
Phone number

_____
Bail Commissioner Signature

_____
Bail Commissioner Printed Name

**Defendant Information**

_Corey Rivers_
Name

_324 Reed St Manchester NH_
Address

_coreyriurs603@gmail.com_
Email address

_603 247 4132_ ☐Cell ☐Work ☐Home
Phone Number

_10/24/23    1:33pm_
Date and Time

NHJB-2335-DSe (08/06/2019)                    Page 1 of 1

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
## DOMESTIC VIOLENCE/STALKING CRIMINAL ORDER OF PROTECTION
### INCLUDING ORDERS AND CONDITIONS OF BAIL

Case Number: 496-2023-CE-2799          PNO Number: 496-234-2799

| | |
|---|---|
| Court: | 9th Circuit - District Division - Manchester |
| Court ORI: | NH006061J |
| Address: | 35 Amherst St Manchester          County: Hillsborough |
| SU Case Number | ___          SU PNO ___          SU ORI ___ |

**State of New Hampshire**          **V.   Corey Rivers**

☐ ADOPTED BY SU          ☐ AMENDED ORDER          ☐ VACATE ORDER  Date ___

| DEFENDANT'S NAME: | | | DEFENDANT IDENTIFIERS: | | | |
|---|---|---|---|---|---|---|
| First       Middle       Last | | | DOB | ▓/1988 | HEIGHT | 509 |
| Corey                    Rivers | | | SEX | ☑ M  ☐ F | WEIGHT | 185 |
| DEFENDANT'S PHYSICAL ADDRESS (additional info on Pg 4): | | | RACE | W | EYES | BRO |
| 329 Reed St Manchester, NH | | | State/Birth | | HAIR | BRO |
| Agency Case Number: 23-14331 | | | ETHNICITY | | | |
| Date of Offense: 09/29/2023 | | | ☐ Hispanic  ☑ Non-Hispanic  ☐ Refused | | | |

| PROTECTED PARTY #1 NAME: Stephanie Kelly | DOB: ▓/1988          ☐ Male  ☑ Female |
|---|---|

| DEFENDANT'S RELATIONSHIP TO PROTECTED PARTY*: | DISTINGUISHING FEATURES: |
|---|---|
| Intimate Partner:                    Other: | |
| ☐ Spouse                           ☐ Protected Party is Child | SKIN TONE: |
| ☐ Former spouse                         of Intimate Partner | SCARS, |
| ☐ Parent of defendant's child    ☐ Parent | MARKS, |
| ☑ Cohabit/Cohabited (intimate | TATTOOS: |
| relationship required) | Location and |
| * ☐ Additional protected parties on Pg 2 | description |

| CAUTION | LICENSE | DRIVER'S LICENSE#: | | |
|---|---|---|---|---|
| ☐ Weapon involved | INFO: | STATE | | EXP DATE |
| ☐ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 597 | VEHICLE INFO: | YEAR | | STYLE |
| | | MAKE | | COLOR |
| | | MODEL | | VIN # |

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262). As a result of this order it may be unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. § 922(g)(8) and state law. The defendant is advised that he/she has the further opportunity to be heard before a judge on bail issues within 24/48 hours of the request being made to the court, excluding weekends and holidays (RSA 597:6-e, I).

The above named defendant is restrained from harassing, stalking, or threatening an intimate partner, or child of an intimate partner or of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily harm to the intimate partner or child; and

The defendant is prohibited from the use, attempted use or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury; and/or

✓ The above named defendant represents a credible threat to the physical safety of such intimate partner or child;

Case Name: <u>State of New Hampshi. / Corey Rivers</u>

Case Number: 496 · 23 · CR · 2799      PNO: 496 234 2 799

**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**

It is hereby ordered pending final disposition of this matter that: $ 1,000.⁰⁰ ~~unsecured~~ APPEARANCE BOND

I.   A. ☑ The defendant shall be released on ~~personal recognizance~~ and subject to conditions listed in Paragraph II and those conditions indicated in Paragraph III.

    B. ☐ The defendant shall be released on $ _____ cash/surety bond subject to conditions listed in Paragraph II and those conditions indicated in Paragraph III.

    C. ☐ The defendant shall be detained to permit revocation of conditional release.

    D. ☐ The defendant shall be detained for not more than 72 hours to allow for filing of a probation violation.

    E. ☐ A hearing pursuant to RSA 597:2, III shall be conducted before the acceptance of bail.

    F. ☐ The Court hereby orders that the defendant be detained without bail pursuant to RSA 597:2, III-a.

II.   Defendant's release is subject to the conditions that:

    A. **Defendant appear at all court proceedings as ordered, including at this court to answer this charge at** <u>1:15</u> ☐ AM ☒ PM on <u>12 / 2024</u>

    B. Defendant not commit a federal, state or local crime while on release.

    C. Defendant advise the court in writing of all changes of address within 24 hours.

    D. Defendant comply with all civil domestic violence and stalking orders of protection.

III.   The Court hereby determines that defendant's release under Paragraph I (A) or (B):

    ☑ will not reasonably assure the appearance of defendant as required; and/or

    ☑ will endanger the safety of the defendant or of another person or the community.

By reason of such determination, the Court imposes the following additional conditions that defendant:

    A. ☑ Shall have no contact with <u>Stephanie Kelly</u> by mail, telephone, fax, e-mail, the sending or delivery of gifts, through a third party or any other method unless specifically authorized by the Court, and is further ordered not to interfere with this person at his/her residence, school or place of employment and additionally is ordered to refrain from going within <u>300</u> feet of where such person(s) may be.

| | | |
|---|---|---|
| Protected Party #2 name: _____ DOB: _____ | ☐ M | ☐ F |
| Protected Party #3 name: _____ DOB: _____ | ☐ M | ☐ F |
| Protected Party #4 name: _____ DOB: _____ | ☐ M | ☐ F |

    B. ☐ Shall live at: _____

    C. ☐ Shall not travel outside of: _____

    D. ☐ Other travel restrictions: _____

    E. ☑ Shall refrain from possessing a firearm, destructive device, dangerous weapon, or ammunition.

    F. ☑ Shall refrain from any use of alcohol, and use of a narcotic drug or controlled substance as defined in RSA 318-B.

    G. ☐ Shall comply with the following curfew: _____

    H. ☐ Is ordered not to drive until defendant's license or privilege is restored by the Director of Motor Vehicles.

Case Name: **State of New Hampsh.   Corey Rivers**

Case Number: 496·23·CR·2799                                                    PNO: 496 23 42 799

**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**

I.  ☐ Shall report to arresting law enforcement agency or _____ as required.

J.  ☐ Shall remain in the custody of _____, a responsible adult residing at _____, N.H, who agrees to supervise the defendant and to report any violation of a release condition to the Court.  The Court has found that the above named adult has reasonably assured the Court that the defendant will appear as required and will not pose a danger to the safety of any person in the community.

K.  ☐ Sign a waiver of extradition before released on bail.

L.  Shall not use or attempt to use or threaten to use physical force against the protected party(ies) **Stephanie Kelly**_____, or the parties' children which would reasonably be expected to cause bodily injury.

M.  Is restrained from harassing, stalking, abusing or threatening to abuse the protected party(ies) family or household members, or protected party(ies) relatives (regardless of place of residence), or engaging in other conduct which would place a person in reasonable fear of bodily injury to the person or person's household members or relatives.

N.  ☑ Other: **Shall not go to, nor visit, nor enter the residence of Stephanie Kelly wherever that   MAYBE.**

IV.  The defendant is hereby advised that in the event the defendant violates any of the above conditions of release the defendant may:

A.  Be subject to immediate arrest and detention;

B.  Be subject to imprisonment for contempt of court;

C.  Be subject to immediate revocation of release;

D.  Be subject to additional imprisonment of one year if the defendant commits a misdemeanor while on release; and

E.  Be subject to additional imprisonment of seven years if the defendant commits a felony while on release.

**So Ordered:**

OCT 2 4 2023
_____
Date

Bail Commissioner Fee $_____

_____
Signature of Judge / ~~Bail Commissioner~~

**KIMBERLY A. CHABOT**
_____
Printed Name of Judge / ~~Bail Commissioner~~

**Amendments to bail conditions so ordered:**

_____
Date

_____
Signature of Judge

_____
Printed Name of Judge

Case Name: <u>State of New Hampshi  / Corey Rivers</u>

Case Number: <u>496 · 23 · CR-2799</u>                          PNO: 496 234 2799

<u>**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**</u>

**Acknowledgment of Receipt:**
I hereby acknowledge receipt of the above order and the penalties below and:

☑ Defendant received a copy of "What You Need to Know."

_____        _____
Date                             Signature of Defendant

_____        _____
Defendant Cell Phone Number      Defendant Mailing Address

_____        _____
Defendant Alternative Phone Number   Defendant City/State/Zip Code

_____
Defendant Email Address

                                 _____
                                 Signature of Surety

### NOTICE OF INTERSTATE ENFORCEMENT AND
### COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA)

1. This criminal protective order meets all full faith and credit requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994). This Court has jurisdiction over the parties and the subject matter; the defendant has been afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and enforceable throughout New Hampshire and all other states, the District of Columbia, all tribal lands and all U.S. Territories, and shall be enforced as if it were an order of any such jurisdiction.

2. Violations of this order are subject to state and federal criminal penalties. If the restrained party (the defendant) travels across state or tribal boundaries, or causes the protected party to travel across state or tribal boundaries, with the intent to violate the protective orders and then violates a protective provision of this order, the defendant may be prosecuted for a federal felony offense under the Violence Against Women Act, 18 U.S.C. § 2262(a)(1) or (2) (1994).

3. It shall be unlawful for any person subject to a qualifying protection order to possess any firearm or ammunition in or affecting commerce; or to ship, transport or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. A qualifying court order is an order that was issued after a hearing of which the defendant received actual notice, and at which the defendant had an opportunity to participate; and includes a finding that such person represents a credible threat to the physical safety of an intimate partner or child of such person or intimate partner or which restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; or by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury. 18 U.S.C. § 922 (g) (8).

4. It shall be unlawful for any person convicted in any court of a misdemeanor crime of domestic violence to ship, transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. 18 U.S.C. § 922 (g) (9).

5. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.

TX Result Report

P 1
10/24/2023 09:36
Serial No.   A61D011013089
TC:   1075120

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| CBPO/Registry@TCC | 10-24 09:33 | 00:02:56 | 004/004 | OK | |

Note    TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
PGB:Page Separation TX, MIX:Mixed Original TX, CAL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, SND:Double-sided Binding Direction, SO:Special Original,
FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result    OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans:No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### DOMESTIC VIOLENCE/STALKING CRIMINAL ORDER OF PROTECTION
### INCLUDING ORDERS AND CONDITIONS OF BAIL

Case Number: 456-2023-CE-2799          PNO Number: 456-234-2799

Court:
Court ORI:   **NH0060061J**    9th Circuit - District Division - Manchester
Address:   **35 Amherst St Manchester**                         County: Hillsborough
SU Case Number _____   SU PNO _____   SU ORI _____

**State of New Hampshire**          **v.   Corey Rivers**
☐ ADOPTED BY SU          ☐ AMENDED ORDER          ☐ VACATE ORDER  Date _____

| DEFENDANT'S NAME: | | | DEFENDANT IDENTIFIERS: | | | |
|---|---|---|---|---|---|---|
| First | Middle | Last | DOB | /1988 | HEIGHT | 509 |
| Corey | | Rivers | SEX | ☑ M  ☐ F | WEIGHT | 185 |
| **DEFENDANT'S PHYSICAL ADDRESS (additional info on Pg 4):** | | | RACE | W | EYES | BRO |
| 329 Reed St Manchester, NH | | | State/Birth | | HAIR | BRO |
| Agency Case Number: 23-14331 | | | ETHNICITY | | | |
| Date of Offense: 09/29/2023 | | | ☐ Hispanic  ☑ Non-Hispanic | | | ☐ Refused |

| PROTECTED PARTY #1 NAME: Stephanie Kelly | DOB: /1988 | ☐ Male  ☑ Female |
|---|---|---|

| DEFENDANT'S RELATIONSHIP TO PROTECTED PARTY*: | | DISTINGUISHING FEATURES: | |
|---|---|---|---|
| Intimate Partner: | Other: | SKIN TONE: | |
| ☐ Spouse | ☐ Protected Party is Child of Intimate Partner | SCARS, MARKS, TATTOOS: Location and description | |
| ☐ Former spouse | ☐ Parent | | |
| ☐ Parent of defendant's child | | | |
| ☑ Cohabit/Cohabited (intimate relationship required) | | | |
| * ☐ Additional protected parties on Pg 2 | | | |

| CAUTION | LICENSE INFO: | DRIVER'S LICENSE#: | | | |
|---|---|---|---|---|---|
| ☐ Weapon involved | | STATE | | EXP DATE | |
| ☐ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 597 | VEHICLE INFO: | YEAR | | STYLE | |
| | | MAKE | | COLOR | |
| | | MODEL | | VIN # | |

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262). As a result of this order it may be unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. § 922(g)(8) and state law. The defendant is advised that he/she has the further opportunity to be heard before a judge on bail issues within 24/48 hours of the request being made to the court, excluding weekends and holidays (RSA 597:6-e, I).

The above named defendant was restrained from harassing, stalking, or threatening an intimate partner, or child of an intimate partner or of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily harm to the intimate partner or child; and

The defendant is prohibited from the use, attempted use or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury; and/or

✓ The above named defendant represents a credible threat to the physical safety of such intimate partner or child;

NHJB-2422-DSe (08/08/2019)                    Page 1 of 4

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - District Division - Manchester
35 Amherst Street
Manchester NH 03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF HEARING

**FILE COPY**

Case Name: **State v. Corey Rivers**
Case Number: **456-2023-CR-02799**

The above referenced case(s) has/have been scheduled for:
**Trial**

| Charge ID | Statute | Description |
|---|---|---|
| 2142273C | 173-B:9 | Violation of Protective Order |

**Date: January 02, 2024**      **35 Amherst Street**
**Time: 1:15 PM**                **Manchester, NH 03101**
                                 **Courtroom 301-9th Circuit-District Division-Manchester**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so. Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing. Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court. This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division. With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury. The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625:11, V in a courtroom or area used by a court.

October 24, 2023                          Mary A. Barton
                                          Clerk of Court

C:  Manchester Police Department; City Solicitor's Office; Corey Rivers

NHJB-2016-D (11/30/2012)

1

```
 1                      STATE OF NEW HAMPSHIRE

 2         9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

 3
    ASHLEY FOSTER,                    ) District Division Case No.
 4                                    ) 456-2023-CV-00445
                    Plaintiff,        )
 5                                    ) Manchester, New Hampshire
              vs.                     ) November 2, 2023
 6                                    ) 11:29 a.m.
    STEPHANIE KELLY,                  )
 7                                    )
                    Defendant.        )
 8  _____  )

 9
                    IMMEDIATE HEARING:  RSA 633:3-a
10             BEFORE THE HONORABLE KIMBERLY CHABOT
           JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION
11                        AMENDED (Cover)

12  APPEARANCES:

13  Pro Se Plaintiff:            Ashley Foster
                                 (Address Unknown)
14
    Pro Se Defendant:            Stephanie Kelly
15                               (Address Unknown)

16  Audio Operator:              Electronically Recorded
                                 **Not Monitored**
17
    TRANSCRIPTION COMPANY:       eScribers, LLC
18                               7227 N. 16th Street, Suite 207
                                 Phoenix, AZ 85020
19                               (800) 257-0885
                                 www.escribers.net
20
    Proceedings recorded by electronic sound recording; transcript
21  produced by court-approved transcription service.

22

23

24

25
```



# Racine Law Office, PLLC

| | | |
|---|---|---|
| Michael T. Racine, Esq. | The Concord Center | (603) 230-2408 phone |
| Admitted to Practice in NH | 10 Ferry Street, Suite 413 | (855) 620-0577 fax |
| www.bankruptcynh.com | Concord, NH 03301 | mike@racinelawoffice.com |

December 21, 2023

9th Circuit – District Division – Manchester
Attn: Lisa Lamere, Deputy Clerk
35 Amherst Street
Manchester, NH 03101

RECEIVED

DEC 2 1 2023

MANCHESTER DISTRICT DIVISION

*Delivered in-hand*

**RE:   State of N.H.  v. Corey Rivers**
**Manchester District Court**
**Case No.: 456-2023-CR-02799**

Dear Deputy Clerk Lamere,

Please be advised that I represent Corey Rivers in the above-referenced case. Enclosed please find my Appearance and a Motion to Continue.

Sincerely,

Michael Racine

Encl

cc      Corey Rivers
Jessica Cain, Esq.

)/2

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**https://www.courts.nh.gov**

Court Name:  **9th Circuit - District Division - Manchester**

Case Name:  **State v. Corey Rivers**

Case Number:  **456-2023-CR-02799**
(if known)



## APPEARANCE/WITHDRAWAL

**APPEARANCE:**
Please enter my appearance as (Select one):
☐  I will represent myself (*pro se*)

☑  Counsel for **Corey Rivers**

☐  Paraprofessional pursuant to RSA 311:2-a in the:
☐ Berlin Circuit Court        ☐ Manchester Circuit Court        ☐ Franklin Circuit Court

for _____

under the supervision of _____
                                    Attorney's Name / NH Bar ID#

_____
                                    Address

**WITHDRAWAL:**
Please withdraw my appearance as
☐  Counsel for _____

_____

☐  Paraprofessional pursuant to RSA 311:2-a for _____

Notice of withdrawal was sent to my client(s) on: _____ at the following address:

_____

I certify that on this date I provided a copy of this document to the party(s) listed below by:
☑ US Mail  OR ☐ Hand-delivery  OR ☐ Email (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order)

Name: **City Solicitor's Office**

Mailing Address: **One City Hall Plaza, Manchester, NH 03101**

Name: _____

Mailing Address: _____

**12/21/2023**
Date

_____
Signature

Printed Name: **Michael T. Racine, Esq.**

Mailing Address: **10 Ferry St, Ste 413, Concord, NH 03301**

Telephone: **(603) 230-2408**                    NH Bar ID #: **21208**

Email Address: **mike@racinelawoffice.com**

**THE STATE OF NEW HAMPSHIRE**
**JUDICIAL BRANCH**
http://www.courts.state.nh.us

Court Name: 9th Circuit - Family Division – Manchester
Case Name: State v. Corey Rivers
Case Number: 456-2023-CR-02799

## ASSENTED-TO MOTION TO CONTINUE HEARING

NOW COMES Corey Rivers, Defendant, by and through Michael T. Racine of Racine Law

Office, PLLC, and moves this Honorable Court for an Order continuing the hearing set for January 2,

2024. In support, Defendant states:

1. Defendant recently retained the undersigned counsel.

2. The undersigned has a previously scheduled hearing on January 2, 2024.

3. The State, by and through Jessica Cain, Esq., assents to the relief sought herein.

WHEREFORE, Defendant respectfully requests that that this Honorable Court:

    A.    GRANT this motion;

    B.    CONTINUE the hearing to _____; and

    C.    GRANT such other relief as this Court may deem fair, just and equitable.

Respectfully submitted,
Corey Rivers
By and through,

Dated: 12/21/2023

Michael T. Racine, Bar #21208
RACINE LAW OFFICE, PLLC
The Concord Center
10 Ferry Street, Suite 413
Concord, NH 03301
(ph) 603-230-2408
mike@racinelawoffice.com

RECEIVED
DEC 21 2023
MANCHESTER DISTRICT DIVISION

12/27/23 Granted
Kimberly A. Chabot

## **Certificate of Service**

On the date set forth above, I certify that I served a copy of the foregoing Motion via first class postage prepaid mail/in-hand delivery on:

City Solicitor's Office
Attn: Jessica Cain, Esq.
One City Hall Plaza
Manchester, NH 03101

Michael T. Racine

RECEIVED

DEC 2 1 2023

MANCHESTER DISTRICT DIVISION

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - District Division - Manchester
35 Amherst Street
Manchester NH 03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF HEARING

**FILE COPY**

Case Name:   **State v. Corey Rivers**
Case Number:   **456-2023-CR-02799**

The above referenced case(s) has/have been scheduled for:
   **Trial**

| Charge ID | Statute | Description |
|---|---|---|
| 2142273C | 173-B:9 | Violation of Protective Order |

**Date: March 14, 2024**        **35 Amherst Street**
**Time: 1:15 PM**               **Manchester, NH 03101**
                                **Courtroom 301-9th Circuit-District Division-Manchester**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so. Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing. Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court. This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division. With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury. The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625:11, V in a courtroom or area used by a court.

January 17, 2024                                Mary A. Barton
                                                Clerk of Court

C:   Manchester Police Department; Corey Rivers; Jessica Lynn Cain, ESQ; Michael T. Racine, ESQ

MPD#23-014331

## TRIAL MANAGEMENT CONFERENCE
### MANCHESTER DISTRICT COURT

Case: _State v. Cruz Rivas_ Conference Date: _____
Docket # _456-2023CR-08799_
Counsel: _Jessica Cain, Michael Racine_

Each party is required to fully complete this document.

The prosecutor, defense counsel or defendant, if he is representing himself, shall be required to do the following at the Trial Management Conference:

(1) Provide a list of probable witnesses and the anticipated time needed for direct exam. Date lists were exchanged with opposing counsel: _____

(2) Having been provided with opposing counsel's list of witnesses and the anticipated time needed for direct exam make a good faith estimate of the time it will take to cross examine each witness:

| | State/Plaintiff's Witnesses | Anticipated Direct Exam | Anticipated Cross Exam |
|---|---|---|---|
| 1. | Ofc. Alexander Maalouf | 5-15 minutes | |
| 2. | Det. Nathan Harrington | 8-10 minutes | |
| 3. | Stephanie Kelley | 8-10 minutes | |
| 4. | Deputy Dept. Albert | 5-10 minutes | |
| 5. | Geoff Harper | 0-5 minutes | |
| 6. | Dwight Marshall | 0-5 minutes | |
| 7. | David Beaurato | 0-5 minutes | |
| 8. | | | |

| | Defendant's Witnesses | Anticipated Direct Exam | Anticipated Cross Exam |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |

(3) The following are proposed as exhibits:

| State/Plaintiff's Exhibits | | Defendant's Exhibits |
|---|---|---|
| 1. _BWC Footage / Stills_ | A. | |
| 2. _911 Call_ | B. | |
| 3. _Certify Dip. CS_ | C. | |
| 4. | D. | |
| 5. | E. | |
| 6. | F. | |
| 7. | G. | |
| 8. | H. | |

(4) Stipulations of matters that are not in dispute:

- _____
- _____
- _____
- _____

(5) List all disputed issues of law and provide the court with relevant points and authorities:

- _____
- _____
- _____
- _____

(6) If necessary, establish what outstanding discovery issues exist:

- _____
- _____
- _____

(7) If necessary, establish a list of all outstanding pre-trial motions:

- _____
- _____
- _____

*The State reserves the right to add witnesses/ exhibits prior to the start of trial.*

modified from:
N.H. Code Admin. R. Special Dist. Ct. Jury Trial Rules. Rule 8 (1992)

**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2023-0491, <u>C.R. v. S.K.</u>, the court on January 26, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The defendant appeals an order of the Circuit Court (<u>Hall</u>, J.), issued following a hearing, granting a civil stalking final order of protection in favor of the plaintiff.  <u>See</u> RSA 633:3-a (Supp. 2023).  We affirm.

A person commits the offense of stalking if, among other things, that person "[p]urposely, knowingly, or recklessly engages in a course of conduct targeted at a specific person which would cause a reasonable person to fear for his or her personal safety or the safety of a member of that person's immediate family, and the person is actually placed in such fear."  RSA 633:3-a, I(a).  The plaintiff bears the burden to prove "stalking" by a preponderance of the evidence.  RSA 633:3-a, III-a; <u>Fisher v. Minichiello</u>, 155 N.H. 188, 190 (2007).

On appeal, the defendant contends, in part, that the evidence was insufficient to support a finding that she stalked the plaintiff.  We review sufficiency of the evidence claims as a matter of law and uphold the findings and rulings of the trial court unless they are lacking in evidentiary support or erroneous as a matter of law.  <u>Fisher</u>, 155 N.H. at 190.  "We accord considerable weight to the trial court's judgments on the credibility of witnesses and the weight to be given testimony."  <u>Id</u>.  We view the evidence in the light most favorable to the prevailing party, here, the plaintiff.  <u>See id</u>.

In this case, the record demonstrates that both parties submitted numerous exhibits during the hearing, including copies of text messages, social media posts, and other evidence pertaining to the facts and circumstances giving rise to the stalking petition.  The defendant, however, has failed to provide this court with copies of those exhibits for our review.  <u>See</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004) (holding that "[i]t is the burden of the appealing party . . . to provide this court with a record sufficient to decide her issues on appeal").  Accordingly, absent copies of the exhibits adduced during the hearing, we must assume that they support the result reached by the trial court, <u>see id</u>., and, therefore, we cannot conclude that the trial court's decision was unsupported by the evidence, <u>see</u> <u>Fisher</u>, 155 N.H. at 190.  We note that these rules are not relaxed for self-represented parties.  <u>See</u> <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56-57 (2006).

The defendant's remaining arguments are not preserved, <u>see</u> <u>State v. Blackmer</u>, 149 N.H. 47, 48, 49 (2003), or do not warrant further discussion, <u>see</u> <u>Vogel v. Vogel</u>, 137 N.H. 321, 322 (1993).  Further, any issues raised in the defendant's notice of appeal that were not briefed are waived.  <u>See</u> <u>In re Estate of King</u>, 149 N.H. 226, 230 (2003).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas, Clerk**

Distribution:
9th N.H. Circuit Court - Manchester District Division, 456-2023-CV-00300
Honorable Polly L. Hall
Honorable David D. King
Ms. Stephanie Kelly
Mr. Corey Rivers
Francis C. Fredericks, Supreme Court
Sherri L. Miscio, Supreme Court
File

2

D.O.B. ██/1988
MPD# 23-011267
Cir. Ct. #
Sup. Ct. #

RSA Ch. 631:2,I(f)
2nd Degree Assault; Dom Violence; Strangle
Class B Felony
3 ½ to 7 years; $4000

# STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS.                                  SUPERIOR COURT

## INDICTMENT

HNSC #218 2024 CR 185
CHG ID# 2180548C

At the Superior Court, holden at **Manchester**, within and for the ~~County of Hillsborough~~

aforesaid, in the month of **February** in the year **Two Thousand Twenty-Four** the **GRAND
JURORS FOR THE STATE OF NEW HAMPSHIRE**, on their oath, present that

## COREY RIVERS
### 329 REED STREET
### MANCHESTER, NH 03102

on or about the **4th** day of **June 2022**, at **Manchester** in the County of Hillsborough, aforesaid,
did commit the crime of **Second Degree Assault** in that **Corey Rivers knowingly engaged in
the strangulation of another, specifically, S.K., an intimate partner, when Rivers applied
pressure to S.K.'s throat or neck with his right arm after placing her in a "choke hold"
during an argument, which caused S.K. to experience impeded breathing or blood
circulation**, contrary to the form of the Statute, in such case made and provided, and against
the peace and dignity of the State.

This is a true bill.

2-15-24
_____
Date

_____
Foreperson

John J. Coughlin
Hillsborough County Attorney

by: _____
Alexander G. Gatzoulis #18935
Assistant County Attorney

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Northern District
300 Chestnut Street
Manchester NH  03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF ARRAIGNMENT

**FILE COPY**

Case Name:  **State v. Corey Rivers**
Case Number:  **216-2024-CR-00185**

Corey Rivers has been charged with the commission of the crime(s) that are listed in the enclosed indictment(s)/complaints(s) filed in this court.

| Charge ID | Statute | Description |
|---|---|---|
| 2180548C | 631:2,I(f) | 2nd Degree Assault; Dom Violence; Strangle |

You are ORDERED to appear for arraignment before the Superior Court in Manchester on:
**Date: March 15, 2024**    **300 Chestnut Street**
**Time: 9:00 AM**    **Manchester NH  03101**
**Time Allotted:  15 Minutes**  **Location:**

If you fail to appear in person, the Court will order you arrested and any bail already posted may be forfeited.
At your arraignment, you will enter a plea to the indictment(s)/complaint(s) and the Court will set bail. Deliver this notice and the enclosed indictment(s)/complaint(s) to your attorney immediately.  If you do not have an attorney and cannot afford to pay an attorney, contact the Clerk's office immediately to apply for appointed counsel.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

BY ORDER OF THE COURT

February 26, 2024

W. Michael Scanlon
Clerk of Court

(832)
C:    Corey Rivers; Alexander G. Gatzoulis, ESQ

Filed
File Date: 3/5/2024 1:55 PM
Hillsborough Superior Court Northern District
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: **Hillsborough Superior Court Northern District**

Case Name: **State of New Hampshire v. Corey Rivers**

Case Number: **216-2024-CR-00185**
(if known)

## APPEARANCE/WITHDRAWAL

**APPEARANCE**

Type of appearance (Select One)

☑ Appearance          ☐ Limited Appearance *(Civil cases only)*

If limited appearance, scope of representation:

_____

_____

_____

_____

Select One:

☑ As Counsel for:

| **Corey Rivers** | **329 Reed Street, Manchester, NH 03102** | **(603) 247-4152** |
|---|---|---|
| (Name) | (Address) | (Telephone Number) |
| (Name) | (Address) | (Telephone Number) |
| (Name) | (Address) | (Telephone Number) |

☐ I will represent myself (*self-represented*)

**WITHDRAWAL**

As Counsel for _____   _____   _____

Type of Representation: (Select one)

☐ Appearance:

    ☐ Notice of withdrawal was sent to my client(s) on: _____ at the following address:

_____

    ☐ A motion to withdraw is being filed.

☐ Limited Appearance: (Select one)

    ☐ I am withdrawing my limited appearance as I have completed the terms of the limited representation.

    ☐ The terms of limited representation have not been completed. A motion to withdraw is being filed.

**Case Name:** State of New Hampshire v. Corey Rivers

**Case Number:** 216-2024-CR-00185

APPEARANCE/WITHDRAWAL

---

*For non e-filed cases:*

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

_____          _____
Other party                                          Other party's attorney

**OR**

*For e-filed cases:*

☑   I state that on this date I am sending a copy of this document as required by the rules of the court.  I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand-delivering copies to all other interested parties.

---

| | |
|---|---|
| **Timothy E. Bush** | **/s/ Timothy E. Bush**          03/05/2024 |
| Name of Filer | Signature of Filer                    Date |
| **Wilson, Bush & Keefe, P.C.**    **10217** | **(603) 595-0007** |
| Law Firm, if applicable     Bar ID # of attorney | Telephone |
| **378 Main Street** | **bush@wbdklaw.com** |
| Address | E-mail |
| **Nashua**            **NH**          **03060** | |
| City                State        Zip code | |

# Racine Law Office, PLLC

| Michael T. Racine, Esq. | The Concord Center | (603) 230-2408 phone |
| Admitted to Practice in NH | 10 Ferry Street, Suite 413 | (855) 620-0577 fax |
| www.bankruptcynh.com | Concord, NH 03301 | mike@racinelawoffice.com |

March 5, 2024

9th Circuit – District Division – Manchester
Attn: Lisa Lamere, Deputy Clerk
35 Amherst Street
Manchester, NH 03101

**RE:    State of N.H.  v. Corey Rivers**
       **Case No.: 456-2023-CR-02799**
       **Withdrawal**

Dear Deputy Clerk Lamere,

    Given the appearance of Attorney Timothy E. Bush filed today, enclosed please find my Withdrawal in the above-referenced matter.

Sincerely,

Michael Racine

Encl
cc    Corey Rivers
       Jessica Cain, Esq.



RECEIVED
MAR 06 2024
Manchester District Division

3. 14

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**https://www.courts.nh.gov**

Court Name: __9th Circuit - District Division - Manchester__

Case Name: __State v. Corey Rivers__

Case Number: __456-2023-CR-2799__
(if known)

## APPEARANCE/WITHDRAWAL

**APPEARANCE:**
Please enter my appearance as (Select one):
☐ I will represent myself (*pro se*)

☐ Counsel for _____

☐ Paraprofessional pursuant to RSA 311:2-a in the:
   ☐ Berlin Circuit Court        ☐ Manchester Circuit Court        ☐ Franklin Circuit Court

   for _____

   under the supervision of _____
   Attorney's Name / NH Bar ID#

   _____
   Address

**WITHDRAWAL:**
Please withdraw my appearance as
☑ Counsel for __Corey Rivers__

_____

☐ Paraprofessional pursuant to RSA 311:2-a for _____

Notice of withdrawal was sent to my client(s) on: _____ at the following address:

_____

I certify that on this date I provided a copy of this document to the party(s) listed below by:
☑ US Mail  OR  ☐ Hand-delivery  OR  ☐ Email (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order)

Name: __Attorney Jessica Lynn Cain__

Mailing Address: __1 City Hall Plaza, Manchester, NH 03103__

Name: __Corey Rivers__

Mailing Address: __329 Reed Street, Manchester, NH 03102__

3/5/2024
Date

Signature

Printed Name: __Michael T. Racine, Esq.__

Mailing Address: __.10 Ferry St, Ste 413, Concord, NH 03301__

Telephone: __(603) 230-2408__         NH Bar ID #: __21208__

Email Address: __mike@racinelawoffice.com__

RECEIVED
MAR 06 2024



## WILSON · BUSH & KEEFE, P.C.

Eric R. Wilson
Timothy E. Bush
Charles J. Keefe

March 5, 2024

Mary Barton, Clerk of Court
9th Circuit-District Division-Manchester
35 Amherst Street
Manchester, New Hampshire 03101

   RE: State of New Hampshire v. Corey Rivers
      Docket Number: 456-2023-CR-02799

Dear Ms. Barton:

  Please find enclosed my *Appearance* as counsel for Corey Rivers for filing with the Court in the above-entitled matter.

  Please note, the Defendant hereby asserts the right to a speedy trial. This matter is anticipated to proceed to trial and require a hearing in excess of thirty (30) minutes. I request a **record** of any and all proceedings in this matter.

  I hereby certify that a copy of the foregoing was this day forwarded to Jessica Lynn Cain, Esquire, of the Manchester City Solicitor's Office.

  Thank you for your assistance with this matter.

RECEIVED
MAR 0 7 2024
Manchester District Division

        Respectfully,

        Timothy E. Bush

TEB/amp
Enclosure
cc: Corey Rivers

STATE OF NEW HAMPSHIRE

9th CIRCUIT                                         DISTRICT DIVISION – MANCHESTER

State of New Hampshire

v.

Corey Rivers

Docket No.: 456-2023-CR-02799

# APPEARANCE

**Please enter my Appearance as counsel for**

**Corey Rivers**

---

I hereby certify that a copy was hand-delivered / **mailed** / emailed to:

> Jessica Lynn Cain, Esquire
> Manchester City Solicitor's Office
> One City Hall Plaza
> Manchester, New Hampshire 03101

Date:      March 5, 2024

Timothy E. Bush
Wilson, Bush & Keefe, P.C.
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
NH Bar No.: 10217
bush@wbdklaw.com

**RECEIVED**
MAR 07 2024
Manchester District Division

**Filed**
**File Date: 3/11/2024 2:27 PM**
Hillsborough Superior Court Northern District
**E-Filed Document**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**https://www.courts.nh.gov**

Court Name:  <u>Hillsborough County Superior Court Northern District</u>

Case Name:  <u>State v. Corey Rivers</u>

Case Number:  <u>216-2024-CR-00185</u>
(if known)

Charge ID:  <u>2180548C</u>
(if known)

## BAIL ORDER

Police Dept: Manchester Police Department     Agency Case Number: 23-011267

| Date of Offense | Offense | Violation | Misd. A | | | Misd. B | Felony | Other |
|---|---|---|---|---|---|---|---|---|
| 06-04-2022 | 2nd Degree Assault (DV) | ☐ | ☐ | | | ☐ | ☒ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | | | ☐ | ☐ | ☐ |

You are required to appear for a hearing at:

Court Location: _____

Court Address: _____

Date of Hearing: _____ Time of Hearing: _____ ☐ AM ☐ PM

It is hereby ordered that the defendant shall:

☒ Be released on personal recognizance.

☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

☐ Be released on $ _____ ☐ cash or ☐ corporate surety bail.
The Court finds that this financial condition will not be the cause for continued detention, unless:

☐ a hearing to determine the source of funds for bail is required before posting bail, OR

☐ the Court finds by *clear and convincing evidence* that no reasonable alternative or combination of conditions will:

☐ Reasonably assure the appearance of the defendant; and/or

☐ Reasonably assure that the defendant will not commit an offense while on release

Case Name: <u>State v. Corey Rivers</u>

Case Number: <u>216-2024-CR-00185</u>

<u>2180548C</u>

<u>BAIL ORDER</u>

☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on *clear and convincing evidence* that the defendant's release will endanger the safety of the defendant or of the public.

**The Defendant is subject to the following additional conditions:**

<u>Defendant shall not commit a federal, state, or local crime, must appear at all court proceedings as ordered, must advise the court in writing of all changes of address within 24 hours, and must comply with all civil domestic violence and stalking orders of protection.</u>

1. ☒ Shall have no contact, direct or indirect, or through a third party with **S.K.** and shall not come within **500** feet of where that person(s) may be.

If released, the defendant:

2. ☐ Shall not be at the following address/location: _____

3. ☐ Shall live at: _____

4. ☐ Shall not travel outside of New Hampshire.

5. ☒ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.

6. ☒ Shall refrain from ☐ excessive ☒ any use of alcohol, and use of any narcotic drug or controlled substance as defined in RSA 318-B.

7. ☐ Shall not drive until defendant's license/privilege is restored by Division of Motor Vehicles.

8. ☐ Shall follow all terms and conditions of probation and/or parole. The defendant shall report to probation no later than _____

9. ☒ Shall sign a Waiver of Extradition.

10. ☐ The Criminal Bail Protective Order issued on _____ remains in full force and effect.

11. ☐ Other: _____

_____

**So Ordered:**    Clerk's Notice of Decision
                    Document Sent to Parties
_____    on  03/13/2024

_____
Date

$40 Bail commissioner fee:

_____

☐ paid  ☐ payment arrangement made  ☐ unpaid

*Amy B. Messer*

Honorable Amy B. Messer

March 12, 2024

Signature of Judge / Bail Commissioner

Printed Name of Judge / Bail Commissioner

**For Court Use Only:**

☐ Approved as amended/modified      ☐ See Supplemental Bail Order

_____
Date

Signature of Judge

**Case Name: <u>State v. Corey Rivers</u>**
**Case Number: <u>216-2024-CR-00185</u>**
<u>2180548C</u>
<u>BAIL ORDER</u>

___

                                              Printed Name of Judge

| **Defendant Information:** | |
|---|---|
| Name: _____ | DOB: |
| Physical address: _____ | |
| Mailing address (if different): _____ | |
| Cell phone #: _____ | Alt. phone #: |
| E-mail: _____ | ☐ I received a copy of "What You Need to Know" |
| _____ | |
| Date | Signature of Defendant |

**Please contact the Information Center with any questions at 1-855-212-1234.**

Filed
File Date: 3/11/2024 2:32 PM
Hillsborough Superior Court Northern District
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
## DOMESTIC VIOLENCE/STALKING CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL

Case Number: **216-2024-CR-00185**          PNO Number: **2162440185**

Court: **Hillsborough County Superior Court - Northern District**
Court ORI: **NH006083J**
Address: **300 Chestnut St., Manchester, NH  03101**          County: **Hillsborough**
SU Case Number _____   SU PNO _____   SU ORI _____

## State of New Hampshire     v.     Corey Rivers

☐ ADOPTED BY SU      ☐ AMENDED ORDER      ☐ VACATE ORDER Date _____

| DEFENDANT'S NAME | | | DEFENDANT IDENTIFIERS | | | |
|---|---|---|---|---|---|---|
| First | Middle | Last | DOB | ██/1988 | HEIGHT | ' |
| **Corey** | | **Rivers** | SEX | ☒ M ☐ F | WEIGHT | |
| **DEFENDANT'S ADDRESS:** | | | RACE | **W** | EYES | |
| **329 Reed Street, Manchester, NH  03102** | | | | | | |
| Agency Case Number: | **MPD** | | State/Birth | | HAIR | **BLN** |
| Date of Offense:  **June 4, 2022** | | | ETHNICITY ☐Hispanic  ☐Non-Hispanic  ☐Refused | | | |

**PROTECTED PARTY #1 NAME:** StephanieKelley ████/1988  **DOB:** ☐ M ☒ F

| DEFENDANT'S RELATIONSHIP TO PROTECTED PARTY* | | DISTINGUISHING FEATURES | |
|---|---|---|---|
| Intimate Partner:<br>☐ Spouse<br>☐ Former Spouse<br>☐ Parent of defendant's child<br>☒ Cohabit/cohabitated<br>(intimate relationship required) | Other:<br>☐ Protected  party is child of intimate partner<br>☐ Parent | SKIN TONE | |
| | | SCARS, MARKS, TATTOOS: Location and description | |
| * ☐ Additional protected parties on Page 2 | | | |

| CAUTION<br>☐ Weapon involved<br>☒ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 597 | LICENSE INFO: | DRIVER'S LICENSE # | | |
|---|---|---|---|---|
| | | STATE | EXP DATE | |
| | VEHICLE INFO: | YEAR | STYLE | |
| | | MAKE | COLOR | |
| | | MODEL | VIN # | |

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262). As a result of this order it may be unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. Section 922(g)(8) and state law. The defendant is advised that he/she has the further opportunity to be heard before a judge on bail issues within 24/48 hours of the request being made to the court, excluding weekends and holidays (RSA 597:6-e, I).

The above named defendant is restrained from harassing, stalking, or threatening an intimate partner, or child of an intimate partner or of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily harm to the intimate partner or child; and
☐ The above named defendant represents a credible threat to the physical safety of such intimate partner or child; and/or
☐ The defendant is prohibited from the use, attempted use, or threatened use of physical force against such intimate

**Case Name:** <u>State of New Hampshire vs. Corey Rivers</u>
**Case Number:** <u>216-2024-CR-00185</u>                    **PNO:** <u>                    </u>
<u>**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**</u>

partner or child that would reasonably be expected to cause bodily injury.

Case Name:<u>State of New Hampshire vs. Corey Rivers</u>
Case Number:<u>216-2024-CR-00185</u>                    PNO: _____
<u>**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**</u>

It is hereby ordered pending ☐ arraignment ☐ trial ☐ probable cause hearing ☐ appeal ☐ other that:

I. ☒ A. The defendant shall be released on personal recognizance and subject to conditions listed in
           Paragraph II and those conditions indicated in Paragraph III.
     ☐ B. The defendant shall be released on $_____ cash/surety bond subject to conditions listed
           in Paragraph II and those conditions indicated Paragraph III.
     ☐ C. The defendant shall be detained to permit revocation of conditional release.
     ☐ D. The defendant shall be detained for not more than 72 hours to allow for filing of a probation
           violation.
     ☐ E. A hearing pursuant to RSA 597:2, III(a) shall be conducted before the acceptance of bail.
     ☐ F. The Court hereby orders that the defendant be detained without bail pursuant to RSA 597:2, III-a.

II. Defendant's release is subject to the conditions that:
         A. Defendant not commit a federal, state or local crime while on release.
         B. Defendant appear at all court proceedings as ordered.
         C. Defendant advise the court in writing of all changes of address within 24 hours.
         D. Defendant comply with all civil domestic violence and stalking orders of protection.

III. The court hereby determines that defendant's release under Paragraph I(A) or (B):
     ☐ will not reasonably assure the appearance of defendant as required; and/or
     ☐ will endanger the safety of the defendant or of another person or the community.

By reason of such determination, the court imposes the following additional conditions that
defendant:
☒ A. Shall have no contact with <u>**S.K.**</u> by mail, telephone, fax, e-mail, the sending or delivery of gifts,
       through a third party or any other method unless specifically authorized by the Court, and is
       further ordered not to interfere with this person at his/her residence, school or place of
       employment and additionally is ordered to refrain from going within **500** feet of where such
       person(s) may be.
       Protected Party #2 name:_____ DOB: _____ ☐ Male ☐ Female
       Protected Party #3 name:_____ DOB: _____ ☐ Male ☐ Female
       Protected Party #4 name:_____ DOB: _____ ☐ Male ☐ Female
☐ B. Shall live at:
☐ C. Shall not travel outside of
☐ D. Other travel restrictions:
☒ E. Shall refrain from possessing a firearm, destructive device, dangerous weapon, or ammunition.
☒ F. Shall refrain from any use of alcohol, and use of a narcotic drug or controlled substance as
       defined in RSA 318-B.
☐ G. Shall comply with the following curfew: _____
☐ H. Is ordered not to drive until defendant's license or privilege is restored by the Director of Motor
       Vehicles.
☐ I. Shall report to arresting law enforcement agency or _____ as required.
☐ J. Shall remain in the custody of_____, a responsible adult residing at
       _____, NH, who agrees to supervise the
       defendant and to report any violation of a release condition to the Court. The Court has found that
       the above named adult has reasonably assured the Court that the defendant will appear as required
       and will not pose a danger to the safety of any person in the community.
☒ K. Sign a waiver of extradition before released on bail.

**Case Name:** <u>**State of New Hampshire vs. Corey Rivers**</u>
**Case Number:** <u>216-2024-CR-00185</u>                    **PNO:** _____
<u>**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**</u>

☒ L. Shall not use or attempt to use or threaten to use physical force against the protected party(ies), **<u>S.K.</u>**, or the parties' children which would reasonably be expected to cause bodily injury.

☒ M. Is restrained from harassing, stalking, abusing or threatening to abuse the protected party(ies) family or household members, or protected party(ies) relatives (regardless of place of residence), or engaging in other conduct which would place a person in reasonable fear of bodily injury to the person or person's household members or relatives.

☐ N. Other:

IV. The defendant is hereby advised that in the event the defendant violates any of the above conditions of release the defendant may:

    A.   Be subject to immediate arrest and detention;

    B.   Be subject to imprisonment for contempt of court;

    C.   Be subject to immediate revocation of release;

    D.   Be subject to additional imprisonment of one year if the defendant commits a misdemeanor while on release; and

    E.   Be subject to additional imprisonment of seven years if the defendant commits a felony while on release.

## So Ordered:

*Amy B. Messer*

Honorable Amy B. Messer

March 12, 2024

_____          _____
Date                                              Signature of Judge / Bail Commissioner

                                        _____
                                        Printed Name of Judge / Bail Commissioner

## Acknowledgment of Receipt

I hereby acknowledge receipt of the above order and the penalties notification on pages 4 & 5 of this form.

_____          _____
Date                                              Signature of Defendant

                                        _____
                                        Signature of Surety

## Amendments to bail conditions so ordered:

_____          _____
Date                                                      Signature of Judge

                                        _____
                                        Printed Name of Judge

Case Name: <u>State of New Hampshire vs. Corey Rivers</u>
Case Number: <u>216-2024-CR-00185</u>                  PNO: _____
<u>**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**</u>

# I.   PENALTY FOR OFFENSE COMMITTED WHILE ON RELEASE

A person convicted of an offense while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense, to:

A.  A term of imprisonment of not more than 7 years if the offense is a felony; or

B.  A maximum term of imprisonment of not more that 1 year if the offense is a misdemeanor.

A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment. Neither the penalty provided by this section nor any prosecution under this section shall interfere with or prevent the forfeiture of any bail or the exercise by the Court of its power to punish for contempt, but this section shall be construed to provide an additional penalty for failure to appear.

# II.   DETENTION AND SANCTIONS FOR DEFAULT OR BREACH OF CONDITIONS

A.  A peace officer may detain an accused until he can be brought before a justice if he has a warrant issued by a justice for default of recognizance or for breach of conditions of release or if he witnesses a breach of conditions of release. The accused shall be brought before a justice for a bail revocation hearing within 48 hours, Saturdays, Sundays and holidays excepted.

B.  A person who has been released pursuant to the provisions of RSA 597:2 and who has violated a condition of this release is subject to a revocation of release, an order of detention, and a prosecution for contempt of court under the provisions of RSA 597:7-a.

C.  The State may initiate a proceeding for revocation of an order of release by filing a motion with the Court which ordered the release. The Court may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before the Court for a proceeding in accordance with the section.

# III.   RSA 641:5 TAMPERING WITH WITNESSES AND INFORMANTS.  A person is guilty of a class B felony if:

A.  Believing that an official proceeding, as defined in RSA 641:1, II or investigation is pending or about to be instituted, the person attempts to induce or otherwise cause another person to:

   1.  Testify or inform falsely; or

   2.  Withhold any testimony, information, document or thing; or

   3.  Elude legal process summoning him to provide evidence; or

   4.  Absent himself from the proceeding or investigation to which he has been summoned; or

B.  The person commits any unlawful act in retaliation for anything done by another person in the capacity as witness or informant; or

C.  The person solicits, accepts, or agrees to accept, any benefit in consideration of his or her doing any of the things specified in Paragraph A.

**Case Name:** **State of New Hampshire vs. Corey Rivers**
**Case Number:** **216-2024-CR-00185**               **PNO:**
**CRIMINAL ORDER OF PROTECTION INCLUDING ORDERS AND CONDITIONS OF BAIL**

## NOTICE OF INTERSTATE ENFORCEMENT AND
## COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA)

1. This criminal protective order meets all full faith and credit requirements of the Violence Against Women Act, 18 U.S.C. sec. 2265 (1994). This Court has jurisdiction over the parties and the subject matter; the defendant has been afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and enforceable throughout New Hampshire and all other states, the District of Columbia, all tribal lands and all U.S. Territories, and shall be enforced as if it were an order of any such jurisdiction.

2. Violations of this order are subject to state and federal criminal penalties. If the restrained party (the defendant) travels across state or tribal boundaries, or causes the protected party to travel across state or tribal boundaries, with the intent to violate the protective orders and then violates a protective provision of this order, the defendant may be prosecuted for a federal felony offense under the Violence Against Women Act, 18 U.S.C. sec. 2262(a)(1) or (2) (1994).

3. It shall be unlawful for any person subject to a qualifying protection order to possess any firearm or ammunition in or affecting commerce; or to ship, transport or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. A qualifying court order is an order that was issued after a hearing of which the defendant received actual notice, and at which the defendant had an opportunity to participate; and includes a finding that such person represents a credible threat to the physical safety of an intimate partner or child of such person or intimate partner or which restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; or by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury. 18 U.S.C. section 922 (g) (8).

4. It shall be unlawful for any person convicted in any court of a misdemeanor crime of domestic violence to ship, transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. 18 U.S.C. section 922 (g) (9).

5. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.

**Filed**
**File Date: 3/12/2024 3:51 PM**
Hillsborough Superior Court Northern District
**E-Filed Document**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name:   **Hillsborough Superior Court Northern District**

Case Name:   **State of New Hampshire v. Corey Rivers**

Case Number:   **216-2024-CR-00185**
(if known)

## WAIVER OF ARRAIGNMENT

The defendant certifies that:

1. I have received a copy of the charging document(s)with the following Charge IDs:

   **2180548C**

2. I have read the charging document(s) and discussed it (them) with my attorney.

3. My attorney has advised me as to the nature of the crime(s) charged and as to the punishment for the alleged offense(s) as set forth by statute. I understand the substance of the charge(s) and am aware of the punishment provided.

4. My name is correctly stated in the charging document(s):  ☑ Yes  ☐ No _____

5. (a) My home address is: **329 Reed Street, Manchester, New Hampshire 03102**

   (b) My present mailing address is: **same as above**

   (c) My home telephone is: _____ cell phone number is: **(603) 247-4152**

   (d) My date of birth is: ███/**1988**

6. My New Hampshire attorney is: **Timothy E. Bush**

7. In view of the foregoing and with full knowledge of my rights, I hereby waive arraignment and enter (a) plea(s) of Not Guilty to the charging document(s).

8. ☐ A bail hearing is necessary.

9. ☐ Bail to remain as set on _____

10. ☑ A new Superior Court Bail Order is attached.

11. ☐ A Waiver of Extradition has previously been filed.

12. ☐ I am currently serving in, or am a veteran of, the armed services.

**03/12/2024** _____        _____
Date                                     Defendant

I hereby certify that I have discussed the charging document(s) and penalties with the defendant and believe that the defendant understands the nature of the charge(s) and the punishment.  If applicable, I have explained the provisions of RSA 612 and this Waiver of Extradition to my client and believe his/her waiver is made voluntarily, knowingly and intelligently.

**03/12/2024** _____        **/s/ Timothy E. Bush**_____
Date                                     Attorney for the Defendant

The State agrees to the terms of bail as stated above.

**03/12/2024** _____        **/s/ Alexander Gatzoulis**_____
Date                                     Prosecuting Attorney

NHJB-4055-Se (08/06/2019)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### https://www.courts.nh.gov

Court Name: __Hillsborough Superior - North__

Case Name: __State of New Hampshire v. Corey Rivers__

Case Number: __216-2024-CR-00185__
(if known)

Charge ID __2180548C__
(if known)

## BAIL ORDER

Police Dept: __Manchester Police Department__    Agency Case Number: __23-011267__

| Date of Offense | Offense | Violation | Misd. A | Misd. B | Felony | Other |
|---|---|---|---|---|---|---|
| **06/04/2022** | **2nd Degree Assault; DV** | ☐ | ☐ | ☐ | ☑ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ | ☐ | ☐ |

You are required to appear for a hearing at:

Court Location: __Hillsborough Superior - North__

Court Address: __300 Chestnut St Manchester__

Date of Hearing: __03/15/2024__    Time of Hearing: __09:00__ ☑ AM ☐ PM

It is hereby ordered that the defendant shall:

☑ Be released on personal recognizance.

☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

☐ Be released on $ _____ ☐ cash or ☐ corporate surety bail.
The Court finds that this financial condition will not be the cause for continued detention, unless:
    ☐ a hearing to determine the source of funds for bail is required before posting bail, OR

    ☐ the Court finds by *clear and convincing evidence* that no reasonable alternative or combination of conditions will:
        ☐ Reasonably assure the appearance of the defendant; and/or

        ☐ Reasonably assure that the defendant will not commit an offense while on release

☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on *clear and convincing evidence* that the defendant's release will endanger the safety of the defendant or of the public.

Case Name: <u>State of New Hampshire v. Corey Rivers</u>

Case Number: <u>216-2024-CR-00185</u>

BAIL ORDER

**The Defendant is subject to the following additional conditions:**
<u>Defendant shall not commit a federal, state, or local crime, must appear at all court proceedings as ordered, must advise the court in writing of all changes of address within 24 hours, and must comply with all civil domestic violence and stalking orders of protection.</u>

1. ☑ Shall have no contact, direct or indirect, or through a third party with <u>S.K.</u> and shall not come within <u>500</u> feet of where that person(s) may be.

If released, the defendant:

2. ☐ Shall not be at the following address/location: _____

3. ☐ Shall live at: _____

4. ☐ Shall not travel outside of New Hampshire.

5. ☑ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.

6. ☑ Shall refrain from ☐ excessive ☑ any use of alcohol, and use of any narcotic drug or controlled substance as defined in RSA 318-B.

7. ☐ Shall not drive until defendant's license/privilege is restored by Division of Motor Vehicles.

8. ☐ Shall follow all terms and conditions of probation and/or parole. The defendant shall report to probation no later than _____

9. ☑ Shall sign a Waiver of Extradition.

10. ☐ The Criminal Bail Protective Order issued on _____ remains in full force and effect.

11. ☐ Other:
_____
_____

**So Ordered:**

_____     _____
Date                                                          Signature of Judge / Bail Commissioner

$40 Bail commissioner fee:
☐ paid  ☐ payment arrangement made  ☐ unpaid     _____
                                                                            Printed Name of Judge / Bail Commissioner

**For Court Use Only:**
☐ Approved as amended/modified          ☐ See Supplemental Bail Order

_____     _____
Date                                                          Signature of Judge

                                                          _____
                                                          Printed Name of Judge

**Defendant Information:**
Name: <u>Corey Rivers</u>                                      DOB: ██/1988
Physical address: <u>329 Reed Street, Manchester, New Hampshire 03102</u>
Mailing address (if different): _____
Cell phone #: <u>(603) 247-4152</u>             Alt. phone #: _____
E-mail: _____  ☐ I received a copy of "What You Need to Know"
<u>03/12/2024</u>                                               _____
Date                                                          Signature of Defendant

**Please contact the Information Center with any questions at 1-855-212-1234.**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name:   **Hillsborough Superior Court Northern District**

Case Name:   **State of New Hampshire v. Corey Rivers**

Case Number:   **216-2024-CR-00185**
(if known)

# WAIVER OF EXTRADITION

DEFENDANT: **Corey Rivers**

CHARGE: **2nd Degree Assault; DV**

    I am a Defendant in **Hillsborough** County Superior Court, as noted above, and I wish to waive my rights to formal extradition proceedings.

    If I am in another state, the State of New Hampshire may make formal demand for my return to New Hampshire to face the above charges.  A Governor's Warrant would be issued and served on me and, after an extradition hearing, I could be returned to New Hampshire.

    I voluntarily, knowingly and intelligently waive my rights to a Governor's Warrant and a formal hearing, if I am in another state.  I CONSENT TO RETURN VOLUNTARILY AND WITHOUT HEARING OR OTHER FORMALITY TO NEW HAMPSHIRE TO FACE THE ABOVE CHARGES.

    This waiver does not limit the authority or duty of the State of New Hampshire to obtain my return from another state by any legal means.

**03/12/2024**
Date

_____
Witness

_____
Defendant

    I have explained the provisions of RSA 612 and this Waiver of Extradition to my client and believe his/her waiver is made voluntarily, knowingly and intelligently.

**03/12/2024**
Date

**/s/ Timothy E. Bush**
Defense Counsel



## WILSON · BUSH & KEEFE, P.C.

Eric R. Wilson
Timothy E. Bush
Charles J. Keefe



March 12, 2024

**HAND-DELIVERED**

Mary Barton, Clerk of Court
9th Circuit-District Division-Manchester
35 Amherst Street
Manchester, New Hampshire 03101

> RE:    State of New Hampshire v. Corey Rivers
>           Docket Number: 456-2023-CR-02799

Dear Ms. Barton:

Assented

Enclosed please find a *Motion to Continue and Request for Expedited Ruling* for filing with the Court in the above-entitled matter.

I hereby certify that a copy of the foregoing was this day forwarded to Jessica Cain, Esquire, of the Manchester City Solicitor's Office.

Thank you for your assistance with this matter and, should there be any questions, please do not hesitate to contact me.

Respectfully,

Timothy E. Bush

TEB/amp
Enclosure
cc: Corey Rivers

STATE OF NEW HAMPSHIRE

9th CIRCUIT                                    DISTRICT DIVISION – MANCHESTER

So Ordered
I hereby certify that I have read the recommendation(s)
and agree that, to the extent the marital master/judicial
referee/hearing officer has made factual findings, she/he
has applied the correct legal standard to the facts
determined by the marital master/judicial referee/hearing    State of New Hampshire
officer.

_____
Signature of Judge                                        v.                            RECEIVED
Date

MAR 1 2 2024                                                                              MAR 1 2 2024
Kimberly A. Chabot

GRANTED                                                Corey Rivers

James D. Gleason
Judicial Referee                              456-2023-CR-02799
                                              ASSENTED To
                                      **MOTION TO CONTINUE AND**
                                   **REQUEST FOR EXPEDITED RULING**

**NOW COMES** the Defendant, Corey Rivers, by and through counsel, Wilson,

Bush & Keefe, P.C., ("the Defendant"), and requests that this Honorable Court grant a

continuance of the trial scheduled in this matter. In support thereof, the Defendant states

as follows:

    1.     This matter is scheduled for a trial on March 14, 2024, at 1:15 p.m.

    2.     Defense counsel was just retained by Mr. Rivers on March 5, 2024.

    3.     Counsel for the Defendant is presently scheduled to appear for trial in

Hampton District Court on State v. Lalime Jr. on March 14, 2024, at 1:00 p.m.

    4.     Defense counsel has made numerous attempts to reach Jessica Cain,

Esquire, of the Manchester City Solicitor's Office by both email and telephone to

determine the State's position on this request and has not received a return

correspondence.

    4. Atty Can contacted Defense counsel office
    And assented to the continuance upon receiving
    An email copy of the Motion while defense counsel
    was en route to File the Motion.

5.      For the purpose of this continuance request, the Defendant waives his right to a speedy trial.

**WHEREFORE,** the Defendant requests that this Honorable Court:

A.      Grant a continuance of the March 14, 2024 trial as the Court's docket permits; and

B.      Grant such other relief as the Court deems just.

RECEIVED

MAR 1 2 2024

Manchester District Division

                                Respectfully submitted,
                                Corey Rivers
                                By his Attorney,

Date:   March 12, 2024

                                Timothy E. Bush, #10217
                                Wilson, Bush & Keefe, P.C.
                                378 Main Street
                                Nashua, New Hampshire 03060
                                (603) 595-0007

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing was this day forwarded to Jessica Cain, Esquire, counsel for the State of New Hampshire.

Date:   March 12, 2024

                                Timothy E. Bush

TX Result Report

P    1
03/13/2024  11:33
Serial No.   AA6U011012986
TC:    365744

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| DVP LINE | 03-13 11:31 | 00:02:48 | 006/006 | OK | |

**Note**  THR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPS:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

**Result**  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over, DOVR:Receiving page Over, FIL:File Error, DC:Decode Error, NON:NON Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

Filed
File Date: 3/11/2024 2:32 PM
Hillsborough Superior Court Northern District
E-Filed Document

## THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
## DOMESTIC VIOLENCE/STALKING CRIMINAL ORDER OF PROTECTION
## INCLUDING ORDERS AND CONDITIONS OF BAIL

Case Number: **216-2024-CR-00185**          PNO Number: **2162440185**

Court:          **Hillsborough County Superior Court - Northern District**

Court ORI:     **NH006083J**

Address:        **300 Chestnut St., Manchester, NH  03101**          County: **Hillsborough**

SU Case Number _____          SU PNO _____          SU ORI _____

**State of New Hampshire**      v.      **Corey Rivers**

☐ ADOPTED BY SU      ☐ AMENDED ORDER      ☐ VACATE ORDER Date _____

| DEFENDANT'S NAME | | | DEFENDANT IDENTIFIERS | | | |
|---|---|---|---|---|---|---|
| First | Middle | Last | DOB | ▮1988 | HEIGHT | · |
| Corey | | Rivers | SEX | ☒ M ☐ F | WEIGHT | |
| **DEFENDANT'S ADDRESS:** | | | RACE | W | EYES | |
| 329 Reed Street, Manchester, NH  03102 | | | | | | |
| **Agency Case Number:** | MPD | | State/Birth | | HAIR | BLN |
| **Date of Offense:** June 4, 2022 | | | ETHNICITY ☐Hispanic  ☐Non-Hispanic  ☐Refused | | | |

**PROTECTED PARTY #1 NAME:** Stephanie Kelley      08/07/1988  **DOB:** ☐ M ☒ F

| DEFENDANT'S RELATIONSHIP TO PROTECTED PARTY* | | DISTINGUISHING FEATURES | |
|---|---|---|---|
| Intimate Partner: | Other: | SKIN TONE | |
| ☐ Spouse | ☐ Protected  party is | | |
| ☐ Former Spouse | child of intimate partner | SCARS, MARKS, TATTOOS: Location and description | |
| ☐ Parent of defendant's child | ☐ Parent | | |
| ☒ Cohabit/cohabitated (intimate relationship required) | | | |
| * ☐ Additional protected parties on Page 2 | | | |

| CAUTION | LICENSE INFO: | DRIVER'S LICENSE # | | |
|---|---|---|---|---|
| ☐ Weapon involved | | STATE | EXP DATE | |
| ☒ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 597 | | YEAR | STYLE | |
| | VEHICLE INFO: | MAKE | COLOR | |
| | | MODEL | VIN # | |

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262). As a result of this order it may be unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. Section 922(g)(8) and state law. The defendant is advised that he/she has the further opportunity to be heard before a judge on bail issues within 24/48 hours of the request being made to the court, excluding weekends and holidays (RSA 597:6-e, I).

The above named defendant is restrained from harassing, stalking, or threatening an intimate partner, or child of an intimate partner or of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily harm to the intimate partner or child; and

☐ The above named defendant represents a credible threat to the physical safety of such intimate partner or child; and/or

☐ The defendant is prohibited from the use, attempted use, or threatened use of physical force against such intimate

NIAJB-2422-DS (11.15.2016)          Page 1 of 5

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough Superior Court Northern District
300 Chestnut Street
Manchester NH  03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DISPOSITIONAL CONFERENCE

**FILE COPY**

Case Name:     **State v. Corey Rivers**
Case Number:   **216-2024-CR-00185**

The above referenced case(s) has/have been scheduled for: **Dispositional Conference**

| Charge ID | Statute | Description |
|---|---|---|
| 2180548C | 631:2,I(f) | 2nd Degree Assault; Dom Violence; Strangle |

**Date: May 15, 2024**          **300 Chestnut Street**
**Time: 10:00 AM**              **Manchester, NH 03101**
**Time Allotted:  10 Minutes**   **Location: Courtroom 1 - Hillsborough Superior - North**

**FAILURE OF DEFENDANT TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

**FAILURE TO APPEAR MAY RESULT IN THE IMPOSITION OF A $50 ADMINISTRATIVE PROCESSING FEE.**

Parties should come prepared to discuss outstanding issues in the case, including discovery, potential motions and resolution of the case by plea or trial.  If the case will proceed as a trial, counsel should be prepared to set or confirm the trial date.

Multiple cases are scheduled during this session. Please notify the court immediately if the hearing is expected to last longer than the allotted time.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

BY ORDER OF THE COURT

March 13, 2024

W. Michael Scanlon
Clerk of Court

()
C:   Timothy E. Bush, ESQ; Alexander G. Gatzoulis, ESQ

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - District Division - Manchester
35 Amherst Street
Manchester NH 03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF HEARING

**FILE COPY**

Case Name:   **State v. Corey Rivers**
Case Number:   **456-2023-CR-02799**

The above referenced case(s) has/have been scheduled for:
   **Trial**

| Charge ID | Statute | Description |
|---|---|---|
| 2142273C | 173-B:9 | Violation of Protective Order |

**Date: May 09, 2024**      **35 Amherst Street**
**Time: 1:15 PM**            **Manchester, NH 03101**
                             **Courtroom 301-9th Circuit-District Division-Manchester**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so. Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing. Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court. This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division. With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury. The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625:11, V in a courtroom or area used by a court.

March 18, 2024                     Mary A. Barton
                                   Clerk of Court
C:   Manchester Police Department; Corey Rivers; Jessica Lynn Cain, ESQ; Timothy E. Bush, ESQ

```
1                        STATE OF NEW HAMPSHIRE

2           9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3
     ASHLEY FOSTER,                  ) District Division Case No.
4                                    ) 456-2023-CV-00445
                  Plaintiff,         )
5                                    ) Manchester, New Hampshire
           vs.                       ) April 19, 2024
6                                    ) 1:19 p.m.
     STEPHANIE KELLY,                )
7                                    )
                  Defendant.         )
8    _____    )

9                            MOTION HEARING
                  BEFORE THE HONORABLE KIMBERLY CHABOT
10          JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

11   APPEARANCES:

12   Pro Se Plaintiff:           Ashley Foster
                                 (Confidential Address)
13
     Pro Se Defendant:           Stephanie Kelly
14                               (Address Unknown)

15   Audio Operator:            Electronically Recorded
                                **Not Monitored**
16
     TRANSCRIPTION COMPANY:      eScribers, LLC
17                               7227 N. 16th Street, Suite 207
                                 Phoenix, AZ 85020
18                               (800) 257-0885
                                 www.escribers.net
19
     Proceedings recorded by electronic sound recording; transcript
20   produced by court-approved transcription service.

21

22

23

24

25
```



1                         STATE OF NEW HAMPSHIRE

2            9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3
    STATE OF NEW HAMPSHIRE,         ) District Division Case No.
4                                   ) 456-2023-CR-02799
                    Complainant,    )
5                                   ) Manchester, New Hampshire
            vs.                     ) May 9, 2024
6                                   ) 2:07 p.m.
    COREY RIVERS,                   )
7                                   )
                    Defendant.      )
8    _____)

9                               TRIAL
                 BEFORE THE HONORABLE KIMBERLY CHABOT
10          JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

11   APPEARANCES:

12   For the State:              Jessica Cain, Esq.
                                 MANCHESTER CITY SOLICITOR'S
13                               OFFICE
                                 1 City Hall Plaza
14                               Manchester, NH 03101

15   For the Defendant:          Timothy Bush, Esq.
                                 WILSON, BUSH & KEEFE, P.C.
16                               378 Main Street
                                 Nashua, NH 03060
17
     Audio Operator:             Electronically Recorded
18                               **Not Monitored**

19   TRANSCRIPTION COMPANY:      eScribers, LLC
                                 7227 N. 16th Street, Suite 207
20                               Phoenix, AZ 85020
                                 (800) 257-0885
21                               www.escribers.net

22   Proceedings recorded by electronic sound recording; transcript
     produced by court-approved transcription service.
23

24

25



1          (Proceedings commence at 2:07 p.m.)

2          THE COURT:  So for the record, this is 456-2023-CR-

3    2799.  This matter is scheduled for a trial today on a

4    violation of protective order Class A misdemeanor alleged to

5    have occurred on September 29th of 2023.

6          State ready to proceed to trial?

7          MS. CAIN:  So what we've agreed on, Your Honor, if

8    the Court will allow it, we would like to continue this out

9    for a year.  The intention is if there are no further

10   violations of bail or of the DVP, then the State will nolle

11   prosequi it at that time.

12         THE COURT:  Okay.  So for what duration are we

13   talking?

14         MS. CAIN:  A year.

15         THE COURT:  A year?  My proposal would be that you

16   write that up, because I would want to obviously have a waiver

17   of speedy trial incorporated into that, so but once that's

18   ready, I'll certainly review it and sign off on it.

19         MR. BUSH:  We'll do that right now, Your Honor.

20         THE COURT:  Thank you, Your Honor.

21         THE COURT:  Okay.  Thank you.

22       (Recess at 2:08 p.m., recommencing at 2:17 p.m.)

23         THE COURT:  All right.  So the proposed agreement is

24   as follows.  This matter is continued for one year, at which

25   time it will be nolle prosequi by the State, provided that Mr.

3

1    Rivers abide by the terms of the protective order, has no

2    contact with Stephanie Kelly (phonetic), and (c) remains of

3    good behavior, no felonies or misdemeanors.  And finally, the

4    defendant waives speedy trial for purposes of this agreement.

5              And that's agreed, Attorney Cain?

6              MS. CAIN:  Yes.

7              THE COURT:  Okay.  Do you want copies of this?

8              MR. BUSH:  I have one, Your Honor.  Thank you.

9              THE COURT:  You have one.  You have one.  Okay.  So

10   you already did that.  Okay.  All right.  Well, then I'll mark

11   this accordingly.  And good luck to you.

12             MR. BUSH:  Thank you, Your Honor.

13             MS. CAIN:  Thank you.

14             THE COURT:  Thank you.

15        (Proceedings concluded at 2:18 p.m.)

16

17

18

19

20

21

22

23

24

25



<u>CERTIFICATE</u>

I, Hana Copperman, a court-approved proofreader, do hereby

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter, to the best of my professional skills

and abilities.

TRANSCRIPTIONIST(S):   Hana Copperman, CET-487

Hana
Copperm
an

Digitally signed
by Hana
Copperman
Date: 2024.05.31
10:11:41 -07'00'

HANA COPPERMAN, CET-487                    May 31, 2024
Proofreader/Transcriptionist

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name:   9th Circuit - District Division - Manchester

Case Name:   State v Cory River

Case Number:   456-2023-CR 02799
(if known)

## AGREEMENT

The parties agree as follows:

①    This matter is contined for one year

at which time is will nol prosted by

the Stet provided that MR River

a)   Abide by terms of protective order

b 2)   Have No contact with Stephane Kolly

c)   Remain of good behavior ; No felones

or misdeanc

②    The Defendant waives speedy trial

for purposes of this apren

5-09-2024
Date

Plaintiff/Petitioner

Defendant/Respondent

Attorney for Plaintiff/Petitioner

Attorney for Defendant/Respondent

Approved and so
ordered.

5/9/24

Kimberly A. Chabot

**AGREEMENT**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
https://www.courts.nh.gov

Court Name: <u>9th Circuit - District Division - Manchester</u>

Case Name: <u>State v. Corey Rivers</u>

Case Number: <u>456-2023-CR-02799</u>            Charge ID Number: <u>2142273C</u>
(if known)

## DISPOSITION AND SENTENCING FORM

**PLEA:**
☐ Guilty       ☒ Not Guilty       ☐ No Contest       ☐ No Plea

☐ **Change Plea To:** *NB 10/24/23*   ☐ No Contest   ☐ Guilty

**FINDING:**
☐ Guilty       ☐ Not Guilty       ☐ Dismissed

☒ Complaint placed on file       ☐ With finding       ☒ Without finding

and not to be brought forward after <u>5/9/2025</u> upon the below conditions of this order.

*See Agreement approved on 5/9/24*

**PROBABLE CAUSE:**
☐ Found       ☐ Not Found       ☐ Waived _____ (date)

**AN ELEMENT OF THE OFFENSE:**
☐ (a) **INCLUDES**   ☐ (b) **DOES NOT INCLUDE** the use or attempted use of physical force and/or the threatened use of a deadly weapon.

**DEFENDANT'S RELATIONSHIP WITH THE VICTIM IS:**
☐ (14) **Not applicable/no victim or other relationship**
**OR**
☐ (1) current or former spouse       ☐ (2) parent of the victim

☐ (3) guardian of the victim       ☐ (4) child in common

**The defendant is/was cohabitating with the victim as:**
☐ (5) spouse       ☐ (6) parent of the victim       ☐ (7) guardian of the victim

**OR as a person similarly situated to a:**
☐ (8) spouse       ☐ (9) parent of the victim       ☐ (10) guardian of the victim

**OR is:**
☐ (12) related by blood or marriage (adult victim only)

☐ (13) an intimate partner or in current/recent dating relationship

## SENTENCE
**FINES        To be paid in full by:** _____

**Time Payment Setup Fee of $25:** ☐ Applied  ☐ Waived

☐ **MANDATORY DOMESTIC VIOLENCE FINE** of $50.00 for a conviction of
RSA 631:2-b (Domestic Violence),      RSA 632-A:4 (Sexual Assault),
RSA 633:3-a (Stalking), or            RSA 631:3   (Reckless Conduct).
No portion of which may be suspended or otherwise reduced, or discharged in whole or in part by imprisonment. No PA may be assessed on this portion of fine.

**Confirm one of the boxes (1-13) in the Defendant's Relationship With The Victim section was checked**

Case Name: <u>State v. Corey Rivers</u>

Case Number: <u>456-2023-CR-02799</u>                    Charge ID Number: <u>2142273C</u>

<u>DISPOSITION AND SENTENCING FORM</u>

☐ The defendant is fined $ _____, plus statutory penalty assessment of $ _____

   $ _____ of the fine is:

   ☐ suspended   ☐ deferred for _____   ☐ months   ☐ years

   $ _____ of the statutory penalty assessment is:

   ☐ suspended   ☐ deferred for _____   ☐ months   ☐ years

   ☐ The defendant shall perform _____ hours of community service to satisfy the fine/PA.

**COMMITMENT**
☐ The defendant is sentenced to the House of Corrections for a period of _____ ☐ days ☐ months

   ☐ Pretrial confinement credit: _____ days.

   This sentence is to be served as follows:
   ☐ Stand committed   ☐ Commencing _____ (date/time)

   ☐ _____ ☐ days   ☐ months of the sentence are

      ☐ suspended   ☐ deferred to _____ (date) on the below conditions.

   ☐ The commitment is ☐ consecutive ☐ concurrent to _____ (case number/charge ID)

**RESTITUTION**
☐ The defendant is ordered to make restitution to _____

   in the amount of $ _____

   ☐ Payable through the Department of Corrections as directed by the probation/parole officer plus
      the statutory administrative fee.

   ☐ Other: _____

**PROBATION**
☐ The defendant is placed on probation for a period of _____ ☐ months ☐ year(s), upon the usual
   terms of probation and any special terms of probation determined by the probation/parole officer.
   Effective: ☐ Immediately   ☐ Upon Release
   The defendant is ordered to report immediately/upon release to the Probation/Parole Office.

**CONDITIONS OF SUSPENDED OR DEFERRED SENTENCE AND OTHER ORDERS**
☐ **MANDATORY IGNITION INTERLOCK FOR OAS AFTER DWI.** Pursuant to RSA 265-A:36,I-a,
   the defendant shall install an ignition interlock device in any vehicle registered to that person or
   used by that person, for the remaining period of suspension or revocation plus an additional
   period of _____ ☐ months ☐ years  (not less than 12 months nor more than 2 years).

☐ The defendant is ordered to be of good behavior and comply with all the terms of this sentence for
   a period of _____ ☐ days ☐ months ☐ years.  Good behavior is defined as not
   committing any act(s) that would constitute a felony, misdemeanor or major motor vehicle violation
   as defined in RSA 259:39 (I).

☐ The defendant's ☐ license ☐ privilege to operate in New Hampshire is

   ☐ suspended   ☐ revoked for a period of _____ ☐ days   ☐ months   ☐ years

   Effective: _____ (date)

   ☐ The loss of license is consecutive to _____

NHJB-3228-D (10/02/2023)

Case Name: <u>State v. Corey Rivers</u>

Case Number: <u>456-2023-CR-02799</u>                    Charge ID Number: <u>2142273C</u>

**DISPOSITION AND SENTENCING FORM**

☐ The defendant shall meaningfully participate in substance misuse/mental health/batterer
   intervention/_____ evaluation and follow all recommendations including,
   but not limited to, counseling, treatment and education programs.  Written proof of the completion
   shall be provided to the prosecutor by _____ (date) and written proof of compliance with
   the recommendations, if any, shall be provided by _____ (date).

☐ The defendant shall perform _____ hours of community service and provide proof to the State
   by _____ (date).

☐ The defendant is ordered to have no contact with _____
   either directly or indirectly, or through third parties, including but not limited to contact in-person,
   by mail, phone, e-mail, text message, social networking sites and/or electronic communications for
   a period of _____ ☐ days ☐ months ☐ years.

☐ The defendant is not allowed to enter _____ (location)
   for a period of _____ ☐ days ☐ months ☐ years.

☐ Law enforcement may ☐ destroy evidence ☐ return evidence to rightful owner.

☐ Other:
_____
_____
_____
_____
_____

☐ Appeal to Superior Court _____ (date)

   ☐ Bail remains in effect and sentence stayed pending remand or resolution of the appeal

MAY 0 9 2024

_____          _____
Date                                     Signature of Judge
                                              Kimberly A. Chabot
                                         _____
                                         Printed Name of Judge

NHJB-3228-D (10/02/2023)

```
 1                      STATE OF NEW HAMPSHIRE

 2            HILLSBOROUGH COUNTY SUPERIOR COURT NORTH

 3
     STATE OF NEW HAMPSHIRE,      ) Superior Court Case No.
 4                                ) 216-2024-CR-00185
                 Complainant,     )
 5                                ) Manchester, New Hampshire
           vs.                    ) May 15, 2024
 6                                ) 10:05 a.m.
     COREY RIVERS,                )
 7                                )
                 Defendant.       )
 8   _____)

 9                    DISPOSITIONAL CONFERENCE
               BEFORE THE HONORABLE AMY B. MESSER
10                 JUDGE OF THE SUPERIOR COURT

11   APPEARANCES:

12   For the State:              Alexander G. Gatzoulis, Esq.
                                 HILLSBOROUGH COUNTY ATTORNEY
13                               Chestnut St. Courthouse
                                 300 Chestnut Street
14                               Manchester, NH 03101

15   For the Defendant:         Timothy E. Bush, Esq.
                                 WILSON, BUSH & KEEFE, P.C.
16                               378 Main Street
                                 Nashua, NH 03060
17
     Audio Operator:            Electronically Recorded
18                               **Not Monitored**

19   TRANSCRIPTION COMPANY:     eScribers, LLC
                                 7227 N. 16th Street, Suite 207
20                               Phoenix, AZ 85020
                                 (800) 257-0885
21                               www.escribers.net

22   Proceedings recorded by electronic sound recording; transcript
     produced by court-approved transcription service.
23

24

25
```



1           (Proceedings commence at 10:05 a.m.)

2               THE BAILIFF:  All rise, please.

3               THE COURT:  Please be seated.

4               THE CLERK:  Your Honor, this is the Matter of the

5    State v. Corey Rivers, docket 216-2024-CR-185.

6               Front table, Counsel, identify yourselves for the

7    record, please.

8               MR. GATZOULIS:  Good morning.  Alexander Gatzoulis

9    for the State.

10              MR. BUSH:  Good morning, Your Honor.  Tim Bush for

11   the Defendant.

12              THE COURT:  Good morning.  Okay.  So we're here for

13   dispositional conference today.  I think this is our first in

14   this matter.

15              So Attorney Bush, why don't I hear from you first

16   where things stand.

17              MR. BUSH:  We've had a number of discussions, Your

18   Honor.  I don't think either one of us wants to really --

19   we've had a number of discussions, and I think it's fair to

20   say that we think a mediation might be helpful here.

21              THE COURT:  Okay.

22              MR. BUSH:  If that could be scheduled sometime in

23   July or August, that would be terrific, or whatever the

24   Court's schedule is.

25              THE COURT:  Okay.  So let me -- hang on one moment,



1      please.

2                  So a formal offer has been made, Attorney Gatzoulis?

3                  MR. GATZOULIS:  Not necessarily, Your Honor.  The

4      reason why is because there's a ongoing litigation between the

5      victim and the Defendant.  There's a lot of history, and

6      there's a lot of -- there have been a lot of police reports

7      back and forth that have been made.  So I can't say that a

8      formal offer has been made.

9                  I've talked about parameters with Attorney Bush as

10     to what I might be looking for here, but I agree with Attorney

11     Bush, I think given everything that we have and the background

12     between the victim and the Defendant, that mediation will be

13     helpful in hopefully breaking through any impasse that we

14     have.

15                 THE COURT:  All right.  So let me -- I am debating

16     whether or not I want to schedule a trial and schedule

17     mediation sometime prior to that so you have a plan.  The

18     other option is to schedule your mediation, schedule a status

19     after, if you haven't come to a resolution.  But I often think

20     it makes sense that people know they've got their trial date.

21                 But I guess, Attorney Bush, do you have any feelings

22     about what you prefer?

23                 MR. BUSH:  I would defer to the Court on that.

24                 THE COURT:  Okay.

25                 MR. BUSH:  I can't say that this is a case that I



1    think is going to absolutely be resolved with mediation,

2    although I think that -- I think it might.  That's why we're

3    doing it.  And I just don't know how the Court is with their

4    dockets on scheduling trials or --

5         THE COURT:  The dockets are pretty full at this

6    point.  Running right into the fall -- through the fall, so

7    that's why I think -- if we think we want to get it on the

8    docket in the fall, we should probably do it sooner rather

9    than later.  But let me check with the clerk.

10        MR. BUSH:  Okay.

11        THE COURT:  What do we have for mediation?

12        THE CLERK:  July 19th.

13        THE COURT:  So July 19th.  So why don't we do this,

14   why don't we schedule it for mediation July 19th, if that

15   works for everybody.

16        MR. BUSH:  Perfect.

17        MR. GATZOULIS:  Yep.  That'll work.

18        THE COURT:  And then what I'm going to do is I'm

19   also going to schedule it for a status hearing like three

20   weeks out after that.  If you have an agreement, you'll file

21   whatever the negotiated resolution is, and we would put it on

22   for that.  If not, then when you come for the status, we'll

23   get a trial date, and it'll be on the trial calendar.  How's

24   that?

25        MR. BUSH:  Excellent.



1                    THE COURT:  Okay.

2                    MR. GATZOULIS:  That works.

3                    THE COURT:  So if there's no agreement through the

4    mediation process by the time of status, then I expect that we

5    will schedule for --

6                    MR. GATZOULIS:  Yes.  Right.

7                    THE COURT:  Okay.

8                    MR. GATZOULIS:  I think that's fair.

9                    THE COURT:  So let's get a status date as well,

10   please.

11                   THE CLERK:  Status date, August 9th at 9:00, and the

12   mediation will be at 10:00.

13                   MR. GATZOULIS:  On the 19th --

14                   THE CLERK:  July 19th.

15                   MR. GATZOULIS:  -- of July?  Thank you.

16                   THE COURT:  Okay.  You have all discovery, Attorney

17   Bush?

18                   MR. BUSH:  I do, Your Honor.

19                   THE COURT:  Okay.

20                   MR. BUSH:  I actually would probably owe the State

21   some reciprocal discovery just from district court, so -- and

22   I will get that to them posthaste.

23                   THE COURT:  Yeah.  Just so that everything has been

24   exchanged and when you go into mediation -- do you think it

25   would be helpful for me to set a deadline for a formal offer

6

1    from the State so that you can have as many discussions as

2    possible prior to going into mediation?

3                  MR. BUSH:  I don't think so.

4                  THE COURT:  Okay.

5                  MR. BUSH:  Attorney Gatzoulis and I have had a

6    number of cases, and I don't think there's any real

7    disagreement as to what's going on here, so --

8                  THE COURT:  Okay.

9                  MR. BUSH:  -- I'm good with going -- I think he

10   needs to probably talk to the other victim, right?

11                 MR. GATZOULIS:  Yeah.  We need to -- we had our

12   initial contact with her, and then, frankly, I don't know what

13   happened.  Today's hearing was not on my calendar, so I wasn't

14   able to follow up with her, so we're going to need to do that.

15                 THE COURT:  Okay.  All right.  Just have as many

16   discussions as you can prior to going into July --

17                 MR. BUSH:  Yes.

18                 THE COURT:  -- 19th, so you know what really the

19   distance is between you going into it.  Okay.

20                 MR. BUSH:  Yep.  And if I could just ask?

21                 THE COURT:  Sure.

22                 MR. BUSH:  Who is the mediator; do we know?

23                 THE COURT:  Oh, that --

24                 THE CLERK:  Judge Nadeau.

25                 MR. BUSH:  Okay.  Excellent.  Thank you, Your Honor.



1           THE COURT:  Very good.

2           MR. GATZOULIS:  Okay.  Thank you.

3           THE COURT:  Thank you, everybody.

4       (Proceedings concluded at 10:10 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>CERTIFICATE</u>

I, Renee Vincent, a court-approved proofreader, do hereby

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter, to the best of my professional skills

and abilities.

TRANSCRIPTIONIST(S):   Susan Patterson, CDLT-174

Renee Vincent

Digitally signed
by Renee
Vincent
Date: 2024.05.30
10:45:49 -07'00'

RENEE VINCENT                                  May 28, 2024
Proofreader

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Hillsborough County                              Hillsborough Superior Court Northern District

## State v. Corey Rivers

### 216-2024-CR-00185

ORDER

The parties appeared for a first dispositional conference today. They have been in discussions regarding a negotiated disposition and informed the court that both sides believe mediation will be useful. Therefore, mediation is scheduled for July 19, 2024 at 10:00 am. A status conference is scheduled for August 9, 2024 at 9:00 am. If no agreement is reached prior to the status conference, the matter shall be scheduled for trial at that time.

SO ORDERED.


May 15, 2024
Date

Amy B. Messer
Presiding Justice


Clerk's Notice of Decision
Document Sent to Parties
on    05/15/2024


NHJB-3054-Se (08/06/2019)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Hillsborough Superior Court Northern District
300 Chestnut Street
Manchester NH  03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

**FILE COPY**

Case Name:     **State v. Corey Rivers**
Case Number:   **216-2024-CR-00185**

The above referenced case(s) has/have been scheduled for:

**Criminal Mediation**

| Charge ID | Statute | Description |
|---|---|---|
| 2180548C | 631:2,I(f) | 2nd Degree Assault; Dom Violence; Strangle |

**Date: July 19, 2024**
**Time: 10:00 AM**
**Time Allotted: 1 Hour**

**300 Chestnut Street**
**Manchester, NH 03101**
**Location: Courtroom 4 - Hillsborough Superior - North**

**FAILURE OF DEFENDANT TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

**FAILURE TO APPEAR MAY RESULT IN THE IMPOSITION OF A $50 ADMINISTRATIVE PROCESSING FEE.**

Multiple cases are scheduled during this session. Please notify the court immediately if the hearing is expected to last longer than the allotted time.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

BY ORDER OF THE COURT

May 15, 2024

W. Michael Scanlon
Clerk of Court

(216957)
C:   Timothy E. Bush, ESQ; Alexander G. Gatzoulis, ESQ

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Hillsborough Superior Court Northern District
300 Chestnut Street
Manchester NH  03101

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

### FILE COPY

Case Name:  **State v. Corey Rivers**
Case Number:  **216-2024-CR-00185**

The above referenced case(s) has/have been scheduled for:

**Status Conference**

| Charge ID | Statute | Description |
|---|---|---|
| 2180548C | 631:2,I(f) | 2nd Degree Assault; Dom Violence; Strangle |

**Date: August 09, 2024**
**Time: 9:00 AM**
**Time Allotted:  10 Minutes**

**300 Chestnut Street**
**Manchester, NH 03101**
**Location: Courtroom 1 - Hillsborough Superior - North**

**FAILURE OF DEFENDANT TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

**FAILURE TO APPEAR MAY RESULT IN THE IMPOSITION OF A $50 ADMINISTRATIVE PROCESSING FEE.**

Multiple cases are scheduled during this session. Please notify the court immediately if the hearing is expected to last longer than the allotted time.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

BY ORDER OF THE COURT

May 15, 2024

W. Michael Scanlon
Clerk of Court

(216957)
C:  Timothy E. Bush, ESQ; Alexander G. Gatzoulis, ESQ

1                        STATE OF NEW HAMPSHIRE

2          9TH CIRCUIT COURT - DISTRICT DIVISION - MANCHESTER

3
   ASHLEY FOSTER,                    ) District Division Case No.
4                                    ) 456-2023-CV-00445
                  Plaintiff,         )
5                                    ) Manchester, New Hampshire
             vs.                     ) May 17, 2024
6                                    ) 1:03 p.m.
   STEPHANIE KELLY,                  )
7                                    )
                  Defendant.         )
8    _____  )

9                        SHOW CAUSE HEARING
              BEFORE THE HONORABLE KIMBERLY CHABOT
10        JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

11   APPEARANCES:

12   Pro Se Plaintiff:          Ashley Foster
                                (Confidential Address)
13
     Pro Se Defendant:          Stephanie Kelly
14                              (Address Unknown)

15   Audio Operator:            Electronically Recorded
                                **Not Monitored**
16
     TRANSCRIPTION COMPANY:     eScribers, LLC
17                              7227 N. 16th Street, Suite 207
                                Phoenix, AZ 85020
18                              (800) 257-0885
                                www.escribers.net
19
     Proceedings recorded by electronic sound recording; transcript
20   produced by court-approved transcription service.

21

22

23

24

25

