UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **STEPHANIE KELLY,** ) <br> ) <br> **Plaintiff** ) <br> v. ) <br> ) <br> **NH Attorney General, et al.** ) <br> ) <br> **Defendants.** ) | Civil No. 1:23-cv-527-LM-TSM |

**MOTION FOR EXTENSION OF TIME**

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Plaintiff requested an initial extension from this Court on May 16, 2024.

2. The following day, on May 17, 2024, Plaintiff was compelled to attend a "show cause" hearing in the state court.

3. A copy of the May 17, 2024 state court transcript accompanies this Motion.

4. Plaintiff has only <u>very recently</u> obtained copies of various other related state court documents.

5. Plaintiff must also address those instructions given by Judge Chabot during the May 17, 2024 hearing.

6. Plaintiff also requires additional time to seek additional legal assistance.

7. Plaintiff therefore still requires more time to file any substantive response to the Magistrate's Report and Recommendations.

8. Plaintiff therefore respectfully requests another 30-day extension of time up to and including Wednesday July 10, 2024.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Provide another 30-day extension of time up to and including Wednesday, July 10, 2024 to file any substantive response to the Magistrate's Report and Recommendations; and,

B) For other such relief as is just and equitable.

Respectfully submitted,

*/s/ Stephanie Kelly*

_____
STEPHANIE KELLY
    *Pro Se*
2 Pheasant Lane
Manchester, NH 03109
(603) 490-3785
c11h15no2darling@gmail.com

June 10, 2024.