UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **STEPHANIE KELLY,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:23-cv-527-LM-TSM |
| ) | |
| **NH Attorney General, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATIONS**

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Plaintiff filed her initial complaint on November 27, 2023.

2. Plaintiff has subsequently filed an *Amended Complaint*.

3. For the reasons set forth in Plaintiff's *Amended Complaint* (at paragraphs 43-44) the Rooker-Feldman doctrine does not apply, because all four requirements have not been met for it to bar suit. In particular, it cannot bar suit concerning any state judgments issued after Plaintiff filed her initial complaint on November 27, 2023.

4. For the reasons set forth in Plaintiff's *Amended Complaint* (at paragraphs 45-47) there is nothing to bar a declaratory judgment that Judge Chabot has acted outside of "traditional adjudicatory functions" or to bar injunctive relief against Judge Chabot concerning any "administrative, executive, or legislative functions" she might perform, that are distinguished from "judicial functions."

5. For all other reasons set forth in Plaintiff's *Amended Complaint*, the District Judge should also reject the Magistrate's Report and Recommendations.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Reject the Magistrate's Report and Recommendations; and,

B) For other such relief as is just and equitable.

Respectfully submitted,

/s/ *Stephanie Kelly*

_____
STEPHANIE KELLY
    *Pro Se*
2 Pheasant Lane
Manchester, NH 03109
(603) 490-3785
c11h15no2darling@gmail.com

July 11, 2024.