UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| STEPHANIE KELLY, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 1:23-cv-527-LM-TSM |
| | ) | |
| NH Attorney General, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**MOTION FOR EXTENSION OF TIME**

---

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Plaintiff appears *pro se*.

2. Plaintiff requires more time than a professional attorney to prepare an adequate substantive responsive pleading to the Magistrates's *Report and Recommendation* (Doc 11).

3. Plaintiff also requires additional time to obtain relevant materials from state court hearings and relevant state court documents.

4. This time includes, but is not necessarily limited to, the time required for Plaintiff to learn the <u>present</u> status of one of the related state court proceedings, *State of New Hampshire v. Corey Rivers*, No. 216-2024-CR-00185 referred to by the Magistrate in the  Magistrates's *Report* (Doc 11).

5. In particular, <u>after</u> Plaintiff filed her last *Objection* (Doc 10), a further dispositional conference was held on September 12, 2024 in *State of New Hampshire v. Corey Rivers*, No. 216-2024-CR-00185.

6. Plaintiff therefore respectfully requests a 30-day extension of time up to and including Friday November 1, 2024 to file a substantive response to the Magistrate's *Report and Recommendation* (Doc 11).

- 1 -

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Provide a 30-day extension of time up to and including Friday November 1, 2024 to file any substantive responsive pleading(s) to the Magistrate's *Report and Recommendation* (Doc 11); and,

B) For other such relief as is just and equitable.

Respectfully submitted,

*/s/ Stephanie Kelly*

_____
STEPHANIE KELLY
    *Pro Se*
2 Pheasant Lane
Manchester, NH 03109
(603) 490-3785
c11h15no2darling@gmail.com

September 30, 2024.