UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **STEPHANIE KELLY,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**NH Attorney General, et al.** )<br>)<br>**Defendants.** ) | Civil No. 1:23-cv-527-LM-TSM |

**MOTION FOR EXTENSION OF TIME**

NOW COMES Stephanie Kelly, *pro se*, and states:

1. Plaintiff respectfully requests that she be afforded an additional 30-day extension of time up to and including Monday, December 2, 2024 to file any *Objection* to the Magistrate's *Report and Recommendation* (Doc 11).

2. Plaintiff further respectfully requests that the Magistrate also issue an order on her *Motion for Clarification* (Doc 13) filed November 1, 2024 *prior to* any deadline for Plaintiff to file further substantive responsive pleading(s) to the Magistrate's *Report and Recommendation* (Doc 11).

3. Further, only *yesterday* (October 31, 2024), New Hampshire Supreme Court Associate Justice Barbara Anna Hantz Marconi was suspended from the practice of law in New Hampshire for a time period coextensive with her administrative leave. *See* LD-2024-0014, *In the Matter of Barbara Hantz Marconi, Esq*.

4. Justice Marconi approved an order in the related state court proceedings that is included in Doc 7-1 in this matter. *See pages 40-41*.

5. Plaintiff also requires additional time to research what, if any, relevance this recent development has on her claims in this case.

- 1 -

6. For the foregoing reason(s), Plaintiff therefore respectfully requests a 30-day extension of time up to and including Monday, December 1, 2024 to file any further substantive response to the Magistrate's *Report and Recommendation* (Doc 11).

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Provide a 30-day extension of time up to and including Monday, December 2, 2024 to file any further substantive responsive pleading(s) to the Magistrate's *Report and Recommendation* (Doc 11); and,

B) For other such relief as is just and equitable.

                                      Respectfully submitted,

                                      */s/ Stephanie Kelly*

                                      _____
                                      STEPHANIE KELLY
                                          *Pro Se*
                                      2 Pheasant Lane
                                      Manchester, NH 03109
                                      (603) 490-3785
                                      c11h15no2darling@gmail.com

November 1, 2024.