# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

# ORDER

**LD-2024-0014, <u>In the Matter of Anna Barbara Hantz Marconi, Esquire</u>**

On October 21, 2024, the court received a case-initiating filing from the Attorney Discipline Office (ADO), which included copies of indictments charging the respondent, Anna Barbara Hantz Marconi, with: (1) attempt to commit improper influence, a felony; (2) criminal solicitation (improper influence), a felony; (3) official oppression, a misdemeanor; (4) criminal solicitation (official oppression), a misdemeanor; (5) obstructing government administration, a misdemeanor; and (6) two counts of criminal solicitation (misuse of position), misdemeanors. Pursuant to Supreme Court Rule 37(9)(i), when an attorney is charged with any felony, "the court shall take such actions as it deems necessary, including but not limited to the suspension of the attorney." The ADO's filing recommends an interim suspension pursuant to this provision.

The respondent, a justice of this court, has been on administrative leave since July 25, 2024. On October 17, 2024, the court extended the administrative leave pending further development in the respondent's criminal case (Merrimack County Superior Court docket no. 217-2024-CR-01167, <u>State of New Hampshire v. Anna Barbara Hantz Marconi</u>) and any other proceedings related to the conduct at issue. The respondent has filed in this case an assented-to motion to accept the recommended suspension of her right to practice law for a time period coextensive with her administrative leave. We grant the assented-to motion.

Effective immediately, and pending further order in this case, Anna Barbara Hantz Marconi is suspended from the practice of law in New Hampshire for a time period coextensive with her administrative leave.

Nadeau, J., retired superior court chief justice, Howard, J., superior court chief justice, and Ruoff, St. Hilaire, and Klass, JJ., superior court justices, all specially assigned under RSA 490:3, concurred.

DATE: October 31, 2024

ATTEST:

_Timothy A. Gudas_
**Timothy A. Gudas, Clerk**

Distribution:
Richard C. Guerriero, Jr., Esq.
Brian R. Moushegian, Esq.
Anna Barbara Hantz Marconi, Esq.
File