```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Stephanie Kelley

    v.                                                                              Case No. 23-cv-527-LM-TSM

NH Attorney General et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 18, 2024.

                                                                    _____
                                                                    Landya B. McCafferty
                                                                    United States District Judge

Date: December 17, 2024

Cc:   Stephanie Kelley, pro se