```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Stephanie Kelley

    v.                                   Case No. 23-cv-527-LM-TSM

NH Attorney General et al.

## JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated December 17, 2024, approving the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 18, 2024, judgment is hereby entered.

                                                   By the Court:

                                                 /s/ Daniel J. Lynch
                                                 Daniel J. Lynch
                                                 Clerk of Court

Date: December 19, 2024

cc: Stephanie Kelley, pro se